Form B1, p.1 (04/13)                    Blumberg Excelsior, Inc., Publisher, NYC 10013

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **District of** Minnesota | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>Kisslinger, Kerry Dale | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Kisslinger, Ashley Elizabeth Sasz |
|---|---|
| All Other Names used by the debtor in the last 8 years (include maiden and trade names)<br>a/s/f Missouri Public Entity Benefits Inc., ES Group of Texas, Inc. and ES Windpower, Inc. | All Other Names used by the joint debtor in the last 8 years (include maiden and trade names)<br>a/k/a Ashley Kisslinger and Ashley Sasz |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 4286 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 8207 |
| Street Address of Debtor (No. & Street, City and State):<br>862 Oak Shore Drive<br>Emmons MN    ZIP CODE 56029 | Street Address of Joint Debtor (No. & Street, City and State):<br>862 Oak Shore Drive<br>Emmons MN    ZIP CODE 56029 |
| County of Residence or of the Principal Place of Business:<br>Freeborn | County of Residence or of the Principal Place of Business:<br>Freeborn |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 13<br>China, TX  77613    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>P.O. Box 13<br>China, TX  77613    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>605 E. Norfolk Avenue    Norfolk, NE  68701 | ZIP CODE |

| Type of Debtor (Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed<br>(Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. §101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code *(the Internal Revenue Code).* | **Nature of Debts (check one box)**<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☒ Debts are primarily business debts. |
|---|---|

| **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee Waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925.<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information** | THIS SPACE FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds for distribution to unsecured creditors

**Estimated number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |



**Form B1, p.2 (04/13)**          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Kisslinger, Kerry Dale<br>Kisslinger, Ashley Elizabeth Sasz |

| **All prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.   I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>_/e/Robert M. Maus_____     _05/14/2015___<br>Signature of Attorney for Debtor(s).                Date: |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of
imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a seperate Exhibit D.)

☒ Exhibt D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made part of this petition.

**Information Regarding the Debtor-Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately
proceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business, or principal assets in the United States in this District, or
has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in
this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

Name of landlord that obtained judgment:

Address of landlord:

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire
monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the
petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. & 362(1)).

Form B1, p.3 (04/13)                    **Blumberg** Excelsior, Inc., Publisher, NYC 10013

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Kisslinger, Kerry Dale |
| | Kisslinger, Ashley Elizabeth Sasz |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter title 11, United States Code, specified in this petition.

X _/s/Kerry Dale Kisslinger_
   Signature of Debtor

X _/s/Ashley Elizabeth Sasz Kisslinger_
   Signature of Joint Debtor

   Telephone Number (If not represented by attorney)
   _____ 05/14/2015
                                Date

### Signature of Attorney

X /e/Robert M. Maus
   Signature of Attorney for Debtor(s)
   Printed Name of Attorney for Debtor(s)
   Robert M. Maus
   Firm Name
   Baudler Maus & Forman, LLP
   Address
   108 North Main Stret
   Austin, MN  55912
   Telephone Number
   (507)433-2393
   Date  05/14/2015
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor(Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
   Signature of Authorized Individual

   Printed Name of Authorized Individual

   Title of Authorized Individual

   Date  05/14/2015

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code.  Certified copies of the documents required by §1515 of title 11 are attached.

☐    Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

   (Signature of Foreign Representative)

   (Printed Name of Foreign Representative)

   05/14/2015
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. §110.)
Address

X _____
Date  05/14/2015
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form B1, Exhibit D (12/09) Page 1    BLUMBERG Excelsior, Publisher, N Y C  10013

# UNITED STATES BANKRUPTCY COURT

### District of  Minnesota

In re Kisslinger, Kerry Dale                          Case No.
      Kisslinger, Ashley Elizabeth Sasz
      Debtor(s)                                           (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

Kisslinger, Kerry Dale

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose any filing fee you paid, and your creditors will be able to resume collection activities agaist you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

[x] 1. Within the 180 days **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

[ ] 2. Within the 180 days **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Form B1, Exhibit D (12/09) Page 2   BlumbergExcelsior, Publisher, NYC  10013

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate a credit counseling briefing in person. by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/Kerry Dale Kisslinger

Kisslinger, Kerry Dale

Date: 05/14/2015

Form B1, Exhibit D (12/09) Page 1   BlumbergExcelsior, Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

### District of  Minnesota

In re  Kisslinger, Kerry Dale                         Case No.
       Kisslinger, Ashley Elizabeth Sasz
       Debtor(s)                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Kisslinger, Ashley Elizabeth Sasz*

**Warning: You must be able to check truthfully one of the five statements regarding credit
counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and
the court can dismiss any case you do file. If that happens, you will lose any filing fee you paid,
and your creditors will be able to resume collection activities agaist you. If your case is dismissed
and you file another bankruptcy case later, you may be required to pay
a second filing fee and may have to take extra steps to stop creditor's collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse
must complete and file a seperate Exhibit D. Check one of the five statements below and attach
any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case, I**   received a briefing
from a credit counseling agency approved by the United States trustee or bankruptcy
administrator that outlined the opportunities for available credit counseling and assisted me in
performing a related budget analysis, and I have a certificate from the agency describing the
services provided to me.*Attach a copy of the certificate and a copy of any debt repayment plan
developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case, I**   received a briefing
from a credit counseling agency approved by the United States trustee or bankruptcy
administrator that outlined the opportunities for available credit counseling and assisted me in
performing a related budget analysis, but I do not have a certificate from the agency describing
the services provided to me. *You must file a copy of a certificate from the agency describing the
services provided to you and a copy of any debt repayment plan developed through the agency
no later than 14 days after your bankruptcy case is filed.*

Form B1, Exhibit D (12/09) Page 2   Blumberg Excelsior, Publisher, NYC  10013

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate a credit counseling briefing in person. by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: <u>/s/Ashley Elizabeth Sasz Kissling</u>

                            Kisslinger, Ashley Elizabeth Sasz

Date: <u>05/14/2015</u>

Form B6 SUM  (12/14)          Blumberg Excelsior, Inc., Publisher, NYC 10013

**UNITED STATES BANKRUPTCY  COURT**                    **DISTRICT OF**  Minnesota

In re: Kisslinger, Kerry Dale                    Debtor(s)  Case No.
       Kisslinger, Ashley Elizabeth Sasz          Chapter 7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and  J in  the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data"  if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 4 | 465000.00 | | |
| B - Personal Property | x | 10 | 45244.07 | | |
| C - Property Claimed as Exempt | x | 3 | | | |
| D - Creditors Holding Secured Claims | x | 5 | | 887561.05 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 40246.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 21 | | 2,844,862.88 | |
| G - Executory Contracts and Unexpired Leases | x | 2 | | | |
| H - Codebtors | x | 1 | | | |
| I  - Current Income of Individual Debtor(s) | x | 6 | | | 1123.35 |
| J - Current Expenditures of Individual Debtor(s) | x | 3 | | | 6219.90 |
| Total Number of Sheets of All Schedules | | 56 | | | |
| Total Assets | | | 510244.07 | | |
| Total Liabilities | | | | 3772670.19 | |

Form B6, S2, (12/14)     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

### United States Bankruptcy Court
### District Of Minnesota

In re: Kisslinger, Kerry Dale
      Kisslinger, Ashley Elizabeth Sasz

Debtor(s)

Case No.

Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $           NA |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $           NA |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $           NA |
| Student Loan Obligations (from Schedule F) | $           NA |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $           NA |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $           NA |
| TOTAL | $           NA |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I Line 12) | $           NA |
| Average Expences (from Schedule J, Line 22) | $           NA |
| Current Monthly Income (from Form 22A Line 12; **OR** Form 22B Line 11; **OR,** Form 22C Line 20) | $           NA |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "Unsecured Portion, IF ANY" column | | $           NA |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY, IF ANY" column | $           NA | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $           NA |
| 4. Total from Schedule F | | $           NA |
| 5. Total from non-priority unsecured debt (sum of 1, 3, and 4) | | $           NA |

**Form B6 A  (12/07)**     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                          Debtor(s) Case No.                    (if known)
    Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Homestead - See attached legal description | | H | 325,000.00 | 352,143.90 |
| Lot 44, Block 1, Garden Oaks Addition, Phase I an Addition to City of Grand Prairie, Tarrant County, State of Texas, according to revised plat recorded in Volume 388-191, Page 84, Plat Records, Tarrant County, Texas | | W | 140,000.00 | 139,642.72 |
| | | Total -> | $465,000.00 | (Report also on Summary of Schedules) |

CONTINUATION OF SCHEDULE A - REAL PROPERTY
LEGAL DESCRIPTION

In Re:        Kerry Dale Kisslinger
              Ashley Elizabeth Sasz Kisslinger                              Debtors.

**<u>Homestead:</u>**

All that part of Government Lot 2 in Section 33 - T101N - R22W, Freeborn County, Minnesota; described as follows:

Commencing at the southwest corner of Government Lot 2 in said Section 33; thence North 89 degrees 44 minutes 05 seconds East a distance of 1018.80 feet, on an assumed bearing on the south line of said Government Lot 2, to a point which is 75.00 feet east, measured at a right angle, from the centerline of U.S. Highway No. 69; thence North 08 degrees 42 minutes 28 seconds East a distance of 227.76 feet, on a line drawn parallel with and 75.00 feet east, measured at a right angle, from the centerline of said U.S. Highway No. 69; thence Northeasterly a distance of 63.96 feet, on a tangential curve concave to the southeast with a radius of 3744.95 feet and a central angle of 00 degrees 58 minutes 43 seconds, said curve being parallel with and 75.00 feet southeasterly (measured on a radial line) from the centerline of said U.S. Highway No. 69; thence North 89 degrees 44 minutes 05 seconds East a distance of 338.98 feet, on a nontangential line parallel with the south line of said Government Lot 2, to a point on the former southeasterly right-of-way line of the Chicago & Northwestern Transportation Company (now abandoned); thence Northeasterly a *distance* of 504.71 feet, on a nontangential curve on said former southeasterly right-of-way line of the Chicago & Northwestern Transportation Company (now abandoned), concave to the northwest with a central angle of 24 degrees 10 minutes 24 seconds and radius of 1196.27 feet and a chord bearing of North 30 degrees 20 minutes 38 seconds East, to a point of beginning;

thence North 75 degrees 23 minutes 16 seconds West a distance of 544.24 feet to a point on the centerline of said U.S. Highway No. 69;

thence Northerly a distance of 500.86 feet, on the centerline of said U.S. Highway No. 69 on a nontangential curve concave to the east with a central angle of 07 degrees 30 minutes 45 seconds a radius of 3819.95 feet and a chord bearing of North 22 degrees 05 minutes 09 seconds East, to a point on the north line of said Government Lot 2;

thence North 89 degrees 44 minutes 05 seconds East a distance of 403.35 feet, on the north line of said Government Lot 2, to a point on said former southeasterly right-of-way line of the Chicago & Northwestern Transportation Company (now abandoned);

thence Southerly along said southeasterly right-of-way line of the Chicago & Northwestern Transportation Company (now abandoned), as follows:

Southerly a distance of 148.42 feet, on a nontangential curve concave to the east with a central angle of 06 degrees 09 minutes 11 seconds, a radius of 1382.08 feet and a chord bearing of South 02 degrees 13 minutes 03 seconds West;

South 00 degrees 51 minutes 33 seconds East a distance of 62.00 feet;

Southerly a distance of 399.13 feet, on a tangential curve concave to the west with a radius of 1196.27 feet, a central angle of 19 degrees 06 minutes 59 seconds and a chord bearing South 08 degrees 41 minutes 57 seconds West, to the point of beginning;

subject to highway easement on the west side thereof.

AND

All that part of Government Lots 2 & 3 in Section 33 - T101N - R22W, Freeborn County, Minnesota; described as follows:

Commencing at the northwest corner of Government Lot 2 in said Section 33; thence North 89 degrees 44, minutes 05 seconds East a distance of 1056.71 feet, on an assumed bearing on the north line of said Government Lot 2, to a point on the former west right-of-way line of U.S. Highway No. 69, as described in Book 231 Deeds at page 930, which point is the point of beginning;

thence southwesterly along the former West right-of-way line of said U.S. Highway No. 69, as follows:

South 08 degrees 42 minutes 28 seconds West a distance of 883.16 feet;

North 81 degrees 17 minutes 32 seconds West a distance of 10.00 feet;

South 08 degrees 42 minutes 28 seconds West a distance of 100.00 feet;

South 81 degrees 17 minutes 32 seconds East a distance of 10.00 feet;

South 08 degrees 42 minutes 28 seconds West a distance of 103.65 feet, to a point on the west right-of-way line of said U.S. Highway No. 69;

thence South 08 degrees 42 minutes 28 seconds West a distance of 661.01 feet, on the west right-of-way line of said U.S. Highway No. 69 on a tangential line parallel with and 75.00 feet northwesterly (measured at a right angle) from the centerline of said U.S. Highway No. 69, to a point 404.60 feet south of the south line of said Government Lot 2, which point is on the south line of Outlot 1 as shown on the plat of the Village of Emmons, as the same is platted and recorded in the Office of the County Recorder of Freeborn County, Minnesota;

thence North 89 degrees 44 minutes 05 seconds East a distance of 151.86 feet, on the south line of said Outlot 1, to a point on the westerly right-of way line of the Chicago & Northwestern Transportation Company (now abandoned), which point is 75.00 feet southeasterly (measured at a right angle) from the centerline of said U.S. Highway No. 69;

thence North 08 degrees 42 minutes 27 seconds East a distance of 134.29 feet, on the westerly right-of-way line of said abandoned Chicago & Northwestern Transportation Company;

thence Northerly a distance of 285.46 feet, on the westerly right-of-way line of said abandoned Chicago & Northwestern Transportation Company (formerly Minneapolis & St. Louis Railroad, now abandoned), on a tangential curve concave to the east with a radius of 1005.36 feet and a central angle of 16 degrees 16 minutes 06 seconds, to a point on the south line of said Government Lot 2;

thence South 89 degrees 44 minutes 05 seconds West a distance of 40.75 feet, on a nontangential line on the south line of said Government Lot 2, to a point 75.00 feet southeasterly (measured at a right angle), from the centerline of said U.S. Highway No 69, which point is 1018.80 feet east of the southwest corner of said Government lot 2;

thence North 08 degrees 42 minutes 28 seconds East a distance of 227.76 feet, on a line drawn parallel with and 75.00 feet southeasterly (measured at a right angle) from the centerline of said U.S. Highway No. 69;

thence Northerly a distance of 63.96 feet, on a tangential curve concave to the east with a radius of 3744.95 feet, a central angle of 00 degrees 58 minutes 43 seconds and a chord bearing North 09 degrees 11 minutes 49 seconds East, said curve being parallel with and 75.00 feet southeasterly (measured on a radial line), from the centerline of said U.S. Highway No. 69; .

thence South 89 degrees 44 minutes 05 seconds West a distance of 76.12 feet, on a nontangential line

parallel with the south line of said Government Lot 2, to a point on the centerline of said U.S. Highway No. 69;

thence Northerly a distance of 1090.28 feet, on the centerline of said U.S. Highway No. 69 on a nontangential curve concave to the east with a central angle of 16 degrees 21 minutes 12 seconds a radius of 3819.95 feet and a chord bearing of North 17 degrees 39 minutes 56 seconds East to a point on the north line of said Government Lot 2;

thence South 89 degrees 44 minutes 05 seconds West a distance of 247.58 feet, on the north line of said Government Lot 2, to the point of beginning; .

subject to highway easement on the south and west sides thereof.

**Form B6 B  (12/07)**  **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:  Kisslinger, Kerry Dale                    Debtor(s)   Case No.                    (if known)
        Kisslinger, Ashley Elizabeth Sasz

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | | Cash on hand | J | 100.00 |
| 02 Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | | | | |
| | | Checking account at Security Bank Minnesota, Albert Lea, Minnesota | J | 1,500.00 |
| | | Savings account at Security Bank Minnesota, Albert Lea, Minnesota | J | 368.16 |
| | | HSA at Security Bank Minnesota | W | 492.73 |
| | | Savings account at Security Bank Minnesota Ashley Kisslinger, natural guardian for Lane P. Kisslinger | W | 100.18 |
| 03 Security Deposits with public utilities telephone companies landlords and others. | x | | | |
| 04 Household goods and furnishings including audio video and computer equipment. | | Household goods and furnishings | J | 4,900.00 |
| 05 Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| | | (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total -> | | 7,461.07 |

_____ Continuation sheets attached

**Form B6 B  (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  Kisslinger, Kerry Dale                                    Debtor(s)    Case No.                    (if known)
        Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 06 Wearing apparel. | | | | |
| | | Wearing apparel | J | 500.00 |
| 07 Furs and jewelry. | | | | |
| | | Wife's Jewelry | W | 300.00 |
| | | Husband's jewelry | H | 200.00 |
| 08 Firearms and sports photographic and other hobby equipment. | x | | | |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| 11 Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | | | |
| | | VCSP/College America FBO Lane P. Kisslinger Current value $5,138.95 Contributions of $75.00 per month during the last two years | W | 900.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    9,361.07

_____ Continuation sheets attached

**Form B6 B (12/07)**   BlumbergExcelsior, Inc., Publisher, NYC 10013

In re:  Kisslinger, Kerry Dale
        Kisslinger, Ashley Elizabeth Sasz          Debtor(s)   Case No.          (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | VCSP/College America FBO Mackenzie K. Kisslinger Current value $8,541.03 Contributions of $75.00 per month during the last two years | W | 900.00 |
| 12 Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | | | | |
| | | Roth IRA with Fidelity Investments, Account No. 215824991 | H | 6,500.00 |
| | | Roth IRA with Fidelity Investments, Account No. 216815493 | W | 3,500.00 |
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | | | | |
| | | ES Group of Texas, Inc. Husband - 50% Wife - 50% Unpaid contracts/services | J | 1.00 |
| | | ES Windpower, Inc. Husband - 50% Wife - 50% See list of assets attached | J | 1.00 |
| | | Kerry Kisslinger/Benefit Options Renewal of insurance commissions | H | 1.00 |
| | | Ashley Kisslinger Cosmetics business | W | 1.00 |
| 14 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| | | (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total -> | | 20,265.07 |

_____ Continuation sheets attached

**Form B6 B  (12/07)**   BlumbergExcelsior, Inc., Publisher, NYC 10013

In re:  Kisslinger, Kerry Dale                                          Debtor(s)   Case No.                    (if known)
        Kisslinger, Ashley Elizabeth Sasz

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16  Accounts receivable. | x | | | |
| 17  Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18  Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 19  Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |
| 20  Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |
| 21  Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total ->   20,265.07

_____ Continuation sheets attached

**Form B6 B  (12/07)**    BlumbergExcelsior, Inc., Publisher, NYC 10013

In re:  Kisslinger, Kerry Dale                                    Debtor(s)    Case No.                    (if known)
        Kisslinger, Ashley Elizabeth Sasz

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22  Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23  Licenses franchises and other general intangible. Give particulars. | x | | | |
| 24  Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |
| 25  Automobiles trucks trailers and other vehicles and accessories. | | 2015 Nissan Altima | H | 17,369.00 |
| | | 1990 Yamaha snowmobile | H | 600.00 |
| 26  Boats motors and accessories. | | 2013 Yamaha Wave Runner | W | 4,000.00 |
| 27  Aircraft and accessories. | x | | | |
| | | (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total -> | | 42,234.07 |

_____ Continuation sheets attached

**Form B6 B  (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  Kisslinger, Kerry Dale                                    Debtor(s)   Case No.                    (if known)
        Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28  Office equipment furnishings and supplies. | x | | | |
| 29  Machinery fixtures equipment and supplies used in business. | x | | | |
| 30  Inventory. | x | | | |
| 31  Animals. | | Household pet dog "Lula" | J | 10.00 |
| 32  Crops-growing or harvested. Give particulars. | x | | | |
| 33  Farming equipment and implements. | x | | | |
| 34  Farm supplies chemicals and feed. | x | | | |
| 35  Other personal property of any kind not already listed. Itemize. | | Hot tub | J | 3,000.00 |
| | | (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total -> | | 45,244.07 |

_____ Continuation sheets attached

## CONTINUATION OF SCHEDULE B - LIST OF ASSETS/LIABILITIES
### OF
### ES GROUP OF TEXAS, INC. AND
### ES WINDPOWER, INC.

In Re:      Kerry Dale Kisslinger
            Ashley Elizabeth Sasz Kisslinger                              Debtors.

A.      ASSETS

| Title | Market Value | Secured Creditor | Amount Owed |
|---|---|---|---|
| 2011 F350<br>Titled in Wife's name<br>Payments made by business | 20248.00 | Ford Motor Credit | 36659.79 |
| 2012 Ford F350<br>Titled in Wife's name<br>Payments made by business | 24541.00 | Ford Motor Credit | 43951.36 |
| 2012 F350<br>Titled in Wife's name<br>Payments made by business | 24541.00 | Ford Motor Credit | 27937.19 |
| 2013 Ford F150<br>Titled in Wife's name<br>Payments made by business | 28144.00 | Ford Motor Credit | 59359.93 |
| 2013 Ford Expedition<br>Titled in Husband's name<br>Payments made by business | 33552.00 | Chase Auto Finance | 43862.03 |
| 1998 International F4 900<br>Titled in Husband's name<br>Payments made by business | 10000.00 | None | 0.00 |
| 2011 Big Tex 30 ft. trailer<br>Titled in Wife's name<br>Payments made by business | 2000.00 | None | 0.00 |
| 2011 Big Tex 30 ft. trailer<br>Titled in Husband's name<br>Payments made by business | 2000.00 | Sheffield Financial | 577.23 |
| Miscellaneous tools and equipment<br>Title - N/A | 2700.00 | Merchant Capital/FBF | 160553.00 |

| Title | Market Value | Secured Creditor | Amount Owed |
|---|---|---|---|
| Office equipment and supplies | 2200.00 | Merchant Capital/FBF | 160553.00 |
| Outstanding customer contracts<br>Title - N/A<br>See Customer list attached hereto as Exhibit A | 0.00 | Merchant Capital/FBF | 160553.00 |
| ES Windpower, Inc., checking account No. 131409<br>Security Bank, Albert Lea, Minnesota<br>Title - N/A | 19820.61 | Merchant Capital/FBF | 160553.00 |
| Lawsuit<br>ES Windpower, Inc. vs. RBP Construction<br>Title - N/A | 171114.00 | Merchant Capital/FBF | 160553.00 |
| Security deposit for storage facility in Norfolk, Nebraska<br>Title - N/A | 1200.00 | Merchant Capital/FBF | 160553.00 |

B.      LIABILITIES

See attached Schedules D and F for business liabilities totaling over $3,000,000.

# EXHIBIT A

## LIST OF CUSTOMER CONTRACTS

| Customer | Address | City | ST | Zip | Amount | Twr | Tur | Complete | Model | PRICE | PD | OWE ES | DAKOTA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gress Green Energy/Aaron Gress | 1570 160th St | Charter Oak | IA | 51439 | $5,439 | | X | yes | Dakota | $189,500 | $150,000 | $39,500 | $39,500 |
| Green Energy Pork/Steve Struck | 1195 170th St | Schleswig | IA | 51461 | $5,000 | | X | yes | Dakota | $189,500 | $150,000 | $39,500 | $39,500 |
| Ihry-Juliuson,LLP/Keith Ihry | 662 129th Ave | Hope | ND | 58046 | $1,657 | | X | yes | Dakota | $199,500 | $199,500 | $0 | $0 |
| Craig Larson | 1535 600th Rd | Oberlin | KS | 67749 | $31,587 | | X | yes | Dakota | $199,500 | $183,126 | $0 | $31,587 |
| Thunderbird Petro Products, LLC, Linley Stum | 322 State Hwy 96 | Sheridan lake | CO | 81071 | $16,734 | | X | yes | Dakota | $199,500 | $199,500 | $16,374 | $16,734 |
| Mark Schlieisman | 3565 Garber Ave | Lake City | IA | 50546 | $16,657 | | X | yes | Dakota | $199,500 | $199,500 | $0 | $16,657 |
| Aaron Ross | 4015 S. 9th st | Columbus | NE | 68601 | $20,000 | | X | twr problem | Dakota | $164,500 | $164,500 | $0 | $0 |
| Orville Erickson | 33769 580th Ave | Chokia | MN | 56221 | $37,557 | | X | yes | Dakota | $164,500 | $164,500 | $0 | $37,557 |
| Marvin Bolke | 2050 40th Ave SE | Maynard | MN | 56260 | $2,100 | | X | yes | Dakota | $158,000 | $158,000 | $0 | $0 |
| We Farm the Wind, LLC/Larry Schwinghammer | 20498 Quaker Rd | Albany | MN | 56307 | $10,000 | | X | yes | Dakota | $158,000 | $158,000 | $0 | $0 |
| Larmar Homes, Larry Wages | 57815 330th St | Lafayette | MN | 56054 | $10,000 | | X | yes, crane | Dakota | $158,000 | $158,000 | $0 | $0 |
| Prairieland Pork/Warren Krohn | 47130 Fort Rd | Nicollet | MN | 56074 | $10,000 | | X | yes, crane | Dakota | $158,000 | $158,000 | $0 | $0 |
| Brent Krohn Windpower, LLC | 47130 Fort Rd | Nicollet | MN | 56074 | $10,000 | | X | yes, crane | Dakota | $158,000 | $158,000 | $0 | $0 |
| Bryce Krohn Windpower, LLC | 47130 Fort Rd | Nicollet | MN | 56074 | $10,000 | | X | yes, crane | Dakota | $158,000 | $158,000 | $0 | $0 |
| Triple R Acres/Randy Reinhart | 44211 571st Ave | New Ulm | MN | 56076 | $10,000 | | X | yes, crane | Dakota | $158,000 | $158,000 | $0 | $0 |
| Marsha Reinhart | 44211 571st Ave | New Ulm | MN | 56076 | $17,151 | | X | yes, crane | Dakota | $158,000 | $158,000 | $0 | $0 |
| Bohlman Elk Farm/Rick Bohlman | 23792 Cty Rd 23 | Richmond | MN | 56368 | $1,495 | | X | yes | Dakota | $120,000 | $120,000 | $0 | $0 |
| Pete C. Scmit & Sons/Bruce Schmit | 230 40 Rd | Bellwood | NE | 68624 | $10,000 | | X | yes | Dakota | $155,000 | $30,000 | $125,000 | $90,000 |
| Sunco, Inc./Lee Nikkel | 75980 Rd 338 | Madrid | NE | 69150 | $25,500 | X | X | turbine | Dakota | $199,500 | $130,000 | $69,500 | $95,000 |
| James Sulcalski | 6644 385th Ave | Blue Earth | MN | 56013 | $20,000 | X | X | turbine | Dakota | $199,500 | $120,000 | $79,500 | $95,000 |
| Gale Symens | 39198 930th St | Heron Lake | MN | 56137 | $10,000 | X | X | lawsuit | Dakota | $199,500 | $60,000 | $90,000 | $0 |
| Dean Boerboom | 3164 Co Rd 10 | Cottonwood | MN | 56229 | $12,057 | X | X | turbine | Dakota | $164,500 | $50,000 | $114,500 | $95,000 |
| Edgar Krosch | 5440 200th Ave | Wood Lake | MN | 56297 | $10,000 | X | X | turbine | Dakota | $199,500 | $120,000 | $79,500 | $95,000 |
| Allan Mandelko | 22995 Cty Rd 20 | Preston | MN | 55965 | $10,000 | X | X | turbine | Dakota | $199,500 | $120,000 | $79,500 | $95,000 |
| Poplar Creek Energy, LLC/Jeff Brockberg | 413 110th Ave | Pipestone | MN | 56164 | $20,000 | X | X | yes | Dakota | $164,500 | $50,000 | $114,500 | $95,000 |
| Barcel Mill & Lumber Co./ | 310 41st RD | Bellwood | NE | 68624 | $25,000 | X | X | turbine | Dakota | $100,000 | $20,000 | $80,000 | $90,000 |
| Ron Keogh | 1111 Co Rd X | Oakland | NE | 68045 | $25,000 | X | X | twr problem | Dakota | $229,500 | $70,000 | $159,500 | $115,000 |
| York Farms, LLC/Andy Cotter | 21161 York Rd | Hutchinson | MN | 55350 | $10,000 | X | X | turbine | Dakota | $229,500 | $70,000 | $159,500 | $115,000 |
| Mark Lampert | 63587 130TH ST | Chokio | MN | 56221 | $12,057 | X | X | turbine | Dakota | $229,500 | $140,000 | $89,500 | $80,000 |
| Turbine W53, LLC/Mick Madson | 27412 Co Rd 6 | Westbrook | MN | 56183 | $25,000 | X | X | yes | Dakota | $229,500 | $140,000 | $89,500 | $115,000 |
| Turbine W260, LLC/Robin Madson | 27412 Co Rd 6 | Westbrook | MN | 56183 | $25,000 | X | X | turbine | Dakota | $199,500 | $50,000 | $114,500 | $95,000 |
| Dean Henningsen | 3751 Ave F | Westside | IA | 51467 | $25,000 | X | X | turbine | Dakota | $100,000 | $20,000 | $80,000 | $90,000 |
| Nick Voiz | 3550 NE 126th Ave | Elkhart | IA | 50073 | $70,000 | X | X | twr/turbine | Dakota | $229,500 | $70,000 | $159,500 | $115,000 |
| Jonathon Adrian | 39045 Co Rd 1 | Mountain Lake | MN | 56159 | $70,000 | X | X | twr/turbine | Dakota | $229,500 | $70,000 | $159,500 | $115,000 |
| Ensz Feedlot/Jim Ensz | 71965 582nd Ave | Beatrice | NE | 68310 | $90,000 | X | X | turbine | Dakota | $229,500 | $140,000 | $0 | $80,000 |
| Classic Dairy, Inc./Dean Engelman | 71465 Hwy 103 | Jansen | NE | 68377 | $60,000 | X | X | turbine | Dakota | $229,500 | $140,000 | $89,500 | $115,000 |
| Cecil Roth | 2633 Yankee Hill Rd | Milford | NE | 68405 | $60,000 | X | X | turbine | Dakota | $229,500 | $140,000 | $89,500 | $115,000 |
| Darrell Zorn | 2450 Rd 207 | Big Springs | NE | 69122 | $12,057 | X | X | warranty | Dakota | $55,000 | $55,000 | $0 | $12,057 |
| James Milani | 105 W Van Buren St | Centerville | IA | 52501 | $141,500 | X | X | warranty | Jacobs | $55,000 | $55,000 | $0 | n/a |
| Alpine, LLC/Kent Krause | 620 Country Club Rd | Iowa Falls | IA | 50126 | $141,500 | X | X | lawsuit | ES | $141,500 | $83,000 | $58,500 | n/a |
| G&R Farms/Robin Sampson | 10640 Cty Hwy D20 | Alden | IA | 50006 | $164,500 | X | X | lawsuit | ES | $164,500 | $159,500 | $5,000 | n/a |
| KJ Farms/Kyle Janes | 14987 120th St | Alden | IA | 50006 | $164,500 | X | X | lawsuit | ES | $164,500 | $130,000 | $34,500 | n/a |
| SE Valley Irrigation/Sasha Lemke | 6630 Hwy 4 | Alden | IA | 50006 | $166,500 | X | X | lawsuit | ES | $166,500 | $161,500 | $5,000 | n/a |
| Randy Cooper | 1581 Quince Ave | Bruning | NE | 68322 | $44,000 | X | X | lawsuit | ES | $79,500 | $44,000 | $34,500 | n/a |
| Flying H Farms/Scott Heinen | 1226 104th Rd | Prescott | KS | 56538 | $144,500 | X | X | turbine | Bergey | $144,500 | $94,500 | $50,000 | n/a |
| Kingman Country Club Investments, LLC/Marvin Mill | 1625 S Main | Kingman | KS | 67120 | $127,740 | X | X | turbine | Infinity | $127,150 | $77,150 | $50,000 | n/a |
| Select Sprayers | 4319 Imperial Ave. | Kearney | NE | 68847 | $93,700 | X | X | turbine | Infinity | $164,500 | $113,700 | $50,800 | n/a |
| Dennis Erickson | 143 Road N | Campbell | NE | 68932 | $5,000 | X | X | warranty | Bergey | $25,000 | $25,000 | $0 | n/a |

| Customer | Address | City | ST | Zip | Amount | Twr | Tur | Complete | Model | PRICE | | OWE ES | DAKOTA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leland Erickson | 143 Road N | Campbell | NE | 68932 | $5,000 | X | X | warranty | Bergey | $25,000 | $25,000 | $0 | n/a |
| Melvin Lindner | 7000 NW 112th | Lincoln | NE | 68524 | $5,000 | X | X | warranty | Bergey | $25,000 | $25,000 | $0 | n/a |

**Form B6 C (04/13)**   BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale
   Kisslinger, Ashley Elizabeth Sasz

Debtor(s)   Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**          ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

☒ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Lot 44, Block 1, Garden Oaks Addition, Phase I an Addition to City of Grand Prairie, Tarrant County, State of Texas, according to revised plat recorded in Volume 388-191, Page 84, Plat Records, Tarrant County, Texas | 522(d)(5) | 500.00 | 140,000.00 |
| Cash on hand | 522(d)(5) | 100.00 | 100.00 |
| Checking account at Security Bank Minnesota, Albert Lea, Minnesota | 522(d)(5) | 1,500.00 | 1,500.00 |
| Savings account at Security Bank Minnesota, Albert Lea, Minnesota | 522(d)(5) | 368.16 | 368.16 |
| HSA at Security Bank Minnesota | 522(d)(5) | 492.73 | 492.73 |
| Household goods and furnishings | 522(d)(3) | 4,900.00 | 4,900.00 |
| Wearing apparel | 522(d)(3) | 500.00 | 500.00 |
| Wife's Jewelry | 522(d)(4) | 300.00 | 300.00 |
| Husband's jewelry | 522(d)(4) | 200.00 | 200.00 |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**Form B6 C (04/13)**   Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                                    Debtor(s)  Case No.                    (if known)
    Kisslinger, Ashley Elizabeth Sasz

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:               ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

☒ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| VCSP/College America FBO Lane P. Kisslinger Current value $5,138.95 Contributions of $75.00 per month during the last two years | 522(d)(5) | 900.00 | 900.00 |
| VCSP/College America FBO Mackenzie K. Kisslinger Current value $8,541.03 Contributions of $75.00 per month during the last two years | 522(d)(5) | 900.00 | 900.00 |
| Roth IRA with Fidelity Investments, Account No. 215824991 | 522(d)(12) | 6,500.00 | 6,500.00 |
| Roth IRA with Fidelity Investments, Account No. 216815493 | 522(d)(12) | 3,500.00 | 3,500.00 |
| 2015 Nissan Altima | 522(d)(2) | 3,675.00 | 17,369.00 |
| 1990 Yamaha snowmobile | 522(d)(5) | 600.00 | 600.00 |
| 2013 Yamaha Wave Runner | 522(d)(5) | 4,000.00 | 4,000.00 |
| Household pet dog "Lula" | 522(d)(3) | 10.00 | 10.00 |
| Hot tub | 522(d)(5) | 3,000.00 | 3,000.00 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**Form B6 C (04/13)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                                                    Debtor(s)  Case No.                    (if known)
       Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**          ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

☒ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Savings account at Security Bank Minnesota<br>Ashley Kisslinger, natural guardian for Lane P. Kisslinger | 522(d)(5) | 100.18 | 100.18 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Form B6 D  (12/07)                    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                                    Debtor(s)   Case No.
       Kisslinger, Ashley Elizabeth Sasz

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C #   113344-17-16-1809 | | | VALUE $   33,552.00 | 43,862.03 | 10,310.03 | |
| CHASE AUTO FINANCE PO BOX 78067 PHOENIX AZ   85062-8067 | | | 2013 Ford Expedition | | | |
| A/C # | | | VALUE $   197,034.61 | 99,000.00 | | |
| FBF 2001 NW 107TH AVE 3RD FL MIAMI FL   33176 | | | Second lien on equipment and accounts, general intangibles | | | |
| A/C # | | | VALUE $ | | | |
| FBF C/O KEARNS BRINEN MONAGHAN 20 E DIVISION ST DOVER DE   19901 | | | Same as above | | | |
| A/C #   47501493 | | | VALUE $   20,248.00 | 36,659.79 | 16,411.79 | |
| FORD MOTOR CREDIT PO BOX 542000 OMAHA NE   68154-8000 | | | 2011 F350 | | | |
| A/C #   47573616 | | | VALUE $   24,541.00 | 43,951.36 | 19,410.36 | |
| FORD MOTOR CREDIT PO BOX 542000 OMAHA NE   68154-8000 | | | 2012 Ford F350 | | | |
| A/C #   47721459 | | | VALUE $   24,541.00 | 27,937.19 | 3,396.19 | |
| FORD MOTOR CREDIT PO BOX 542000 OMAHA NE   68154-8000 | | | 2012 F350 | | | |
| A/C #   48960492 | | | VALUE $   28,144.00 | 59,359.93 | 31,215.93 | |
| FORD MOTOR CREDIT PO BOX 642000 OMAHA NE   68154-8000 | | | 2013 Ford F150 | | | |

Subtotal -> (Total of this page)       310,770.30        80,744.30

Total ->       310,770.30        80,744.30

X _____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

(If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6 D (12/07)   **Brumberg** Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale
       Kisslinger, Ashley Elizabeth Sasz                     Debtor(s)   Case No.

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C #   0012932166 | | | VALUE $   140,000.00 | 26,348.41 | | |
| HSBC MORTGAGE SERVICES INC<br>PO BOX 1231<br>BRANDON FL  33509-1231 | | | Second mortgage - See attached legal description | | | |
| A/C # | | | VALUE $   197,034.61 | 61,553.00 | | |
| MERCHANT CAPITAL SOURCE<br>2120 MAIN ST STE 220<br>HUNTINGTON BEACH CA  92648 | | | First lien on equipment and accounts, commercial tort claims | | | |
| A/C #   00102463475400001 | | | VALUE $   17,369.00 | 22,873.90 | 5,504.90 | |
| NISSAN MOTOR ACCEPTANCE CO<br>PO BOX 9001132<br>LOUISVILLE KY  40290-1132 | | | 2015 Nissan Altima | | | |
| A/C #   4452 | | | VALUE $   2,000.00 | 577.23 | | |
| SHEFFIELD FINANCIAL<br>PO BOX 580229<br>CHARLOTTE NC  28256-0029 | | | Big Tex 30 ft. trailer | | | |
| A/C #   0002107177 | | | VALUE $   325,000.00 | 352,143.90 | 27,143.90 | |
| STEARNS LENDING<br>PO BOX 37628<br>PHILADELPHIA PA  19101-062 | | | Homestead - See attached legal description | | | |
| A/C #   0302836044 | | | VALUE $   140,000.00 | 113,294.31 | | |
| WELLS FARGO HOME MORTGAGE<br>PO BOX 5296<br>CAROL STREAM IL  60197-529 | | | First mortgage - See attached legal description | | | |
| A/C # | | | VALUE $ | | | |

| | | |
|---|---|---|
| Subtotal -><br>(Total of this page) | 576,790.75 | 32,648.80 |
| Total -> | 887,561.05 | 113,393.10 |

_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

(Report total also on Summary of Schedules)   (If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

## CONTINUATION OF SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## LEGAL DESCRIPTION

In Re:          Kerry Dale Kisslinger
                Ashley Elizabeth Sasz Kisslinger                                    Debtors.

**Homestead:**

All that part of Government Lot 2 in Section 33 - T101N - R22W, Freeborn County, Minnesota; described as follows:

Commencing at the southwest corner of Government Lot 2 in said Section 33; thence North 89 degrees 44 minutes 05 seconds East a distance of 1018.80 feet, on an assumed bearing on the south line of said Government Lot 2, to a point which is 75.00 feet east, measured at a right angle, from the centerline of U.S. Highway No. 69; thence North 08 degrees 42 minutes 28 seconds East a distance of 227.76 feet, on a line drawn parallel with and 75.00 feet east, measured at a right angle, from the centerline of said U.S. Highway No. 69; thence Northeasterly a distance of 63.96 feet, on a tangential curve concave to the southeast with a radius of 3744.95 feet and a central angle of 00 degrees 58 minutes 43 seconds, said curve being parallel with and 75.00 feet southeasterly (measured on a radial line) from the centerline of said U.S. Highway No. 69; thence North 89 degrees 44 minutes 05 seconds East a distance of 338.98 feet, on a nontangential line parallel with the south line of said Government Lot 2, to a point on the former southeasterly right-of-way line of the Chicago & Northwestern Transportation Company (now abandoned); thence Northeasterly a *distance* of 504.71 feet, on a nontangential curve on said former southeasterly right-of-way line of the Chicago & Northwestern Transportation Company (now abandoned), concave to the northwest with a central angle of 24 degrees 10 minutes 24 seconds and radius of 1196.27 feet and a chord bearing of North 30 degrees 20 minutes 38 seconds East, to a point of beginning;

thence North 75 degrees 23 minutes 16 seconds West a distance of 544.24 feet to a point on the centerline of said U.S. Highway No. 69;

thence Northerly a distance of 500.86 feet, on the centerline of said U.S. Highway No. 69 on a nontangential curve concave to the east with a central angle of 07 degrees 30 minutes 45 seconds a radius of 3819.95 feet and a chord bearing of North 22 degrees 05 minutes 09 seconds East, to a point on the north line of said Government Lot 2;

thence North 89 degrees 44 minutes 05 seconds East a distance of 403.35 feet, on the north line of said Government Lot 2, to a point on said former southeasterly right-of-way line of the Chicago & Northwestern Transportation Company (now abandoned);

thence Southerly along said southeasterly right-of-way line of the Chicago & Northwestern Transportation Company (now abandoned), as follows:

Southerly a distance of 148.42 feet, on a nontangential curve concave to the east with a central angle of 06 degrees 09 minutes 11 seconds, a radius of 1382.08 feet and a chord bearing of South 02 degrees 13 minutes 03 seconds West;

South 00 degrees 51 minutes 33 seconds East a distance of 62.00 feet;

Southerly a distance of 399.13 feet, on a tangential curve concave to the west with a radius of 1196.27 feet, a central angle of 19 degrees 06 minutes 59 seconds and a chord bearing South 08 degrees 41 minutes 57 seconds West, to the point of beginning;

subject to highway easement on the west side thereof.

AND

All that part of Government Lots 2 & 3 in Section 33 - T101N - R22W, Freeborn County, Minnesota; described as follows:

Commencing at the northwest corner of Government Lot 2 in said Section 33; thence North 89 degrees 44, minutes 05 seconds East a distance of 1056.71 feet, on an assumed bearing on the north line of said Government Lot 2, to a point on the former west right-of-way line of U.S. Highway No. 69, as described in Book 231 Deeds at page 930, which point is the point of beginning;

thence southwesterly along the former West right-of-way line of said U.S. Highway No. 69, as follows:

South 08 degrees 42 minutes 28 seconds West a distance of 883.16 feet;

North 81 degrees 17 minutes 32 seconds West a distance of 10.00 feet;

South 08 degrees 42 minutes 28 seconds West a distance of 100.00 feet;

South 81 degrees 17 minutes 32 seconds East a distance of 10.00 feet;

South 08 degrees 42 minutes 28 seconds West a distance of 103.65 feet, to a point on the west right-of-way line of said U.S. Highway No. 69;

thence South 08 degrees 42 minutes 28 seconds West a distance of 661.01 feet, on the west right-of-way line of said U.S. Highway No. 69 on a tangential line parallel with and 75.00 feet northwesterly (measured at a right angle) from the centerline of said U.S. Highway No. 69, to a point 404.60 feet south of the south line of said Government Lot 2, which point is on the south line of Outlot 1 as shown on the plat of the Village of Emmons, as the same is platted and recorded in the Office of the County Recorder of Freeborn County, Minnesota;

thence North 89 degrees 44 minutes 05 seconds East a distance of 151.86 feet, on the south line of said Outlot 1, to a point on the westerly right-of way line of the Chicago & Northwestern Transportation Company (now abandoned), which point is 75.00 feet southeasterly (measured at a right angle) from the centerline of said U.S. Highway No. 69;

thence North 08 degrees 42 minutes 27 seconds East a distance of 134.29 feet, on the westerly right-of-way line of said abandoned Chicago & Northwestern Transportation Company;

thence Northerly a distance of 285.46 feet, on the westerly right-of-way line of said abandoned Chicago & Northwestern Transportation Company (formerly Minneapolis & St. Louis Railroad, now abandoned), on a tangential curve concave to the east with a radius of 1005.36 feet and a central angle of 16 degrees 16 minutes 06 seconds, to a point on the south line of said Government Lot 2;

thence South 89 degrees 44 minutes 05 seconds West a distance of 40.75 feet, on a nontangential line on the south line of said Government Lot 2, to a point 75.00 feet southeasterly (measured at a right angle), from the centerline of said U.S. Highway No 69, which point is 1018.80 feet east of the southwest corner of said Government lot 2;

thence North 08 degrees 42 minutes 28 seconds East a distance of 227.76 feet, on a line drawn parallel with and 75.00 feet southeasterly (measured at a right angle) from the centerline of said U.S. Highway No. 69;

thence Northerly a distance of 63.96 feet, on a tangential curve concave to the east with a radius of 3744.95 feet, a central angle of 00 degrees 58 minutes 43 seconds and a chord bearing North 09 degrees 11 minutes 49 seconds East, said curve being parallel with and 75.00 feet southeasterly (measured on a radial line), from the centerline of said U.S. Highway No. 69; .

thence South 89 degrees 44 minutes 05 seconds West a distance of 76.12 feet, on a nontangential line

parallel with the south line of said Government Lot 2, to a point on the centerline of said U.S. Highway No. 69;

thence Northerly a distance of 1090.28 feet, on the centerline of said U.S. Highway No. 69 on a nontangential curve concave to the east with a central angle of 16 degrees 21 minutes 12 seconds a radius of 3819.95 feet and a chord bearing of North 17 degrees 39 minutes 56 seconds East to a point on the north line of said Government Lot 2;

thence South 89 degrees 44 minutes 05 seconds West a distance of 247.58 feet, on the north line of said Government Lot 2, to the point of beginning; .

subject to highway easement on the south and west sides thereof.

AND

**Texas Real Estate:**

Lot 44, Block 1, Garden Oaks Addition, Phase I, an addition to City of Grand Prairie, Terrant County, State of Texas, according to revised plat recorded in Volume 388-191, Page 84, Plat Records, Terrant County, Texas.

**Form B6 E  (04/13)**   BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: **Kisslinger, Kerry Dale**
**Kisslinger, Ashley Elizabeth Sasz**   Debtor(s)   Case No.   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $12,475* per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7)

☐ **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such a domestic support claim was assigned to the extent provided in U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(8)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY / AMT NOT ENTITLED TO PRIORITY, IF ANY | CUD* |
|---|---|---|---|---|---|---|
| A/C# 4286 | | H | | 9,946.26 | 9,946.26 | |
| INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101-7346 | | | 2013 taxes | | 0.00 | |
| A/C# 4286 | | H | | Total ->22,000.00 | 22,000.00 | |
| INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA PA 19101-7346 | | | 2014 taxes | | Total -> 0.00 | |
| A/C# 4286 | | | | 8,300.00 | 8,300.00 | |
| MINNESOTA DEPT OF REVENUE MAIL STATION 4413 ST PAUL MN  55146-4413 | | | 2014 TAXES | | 0.00 | |
| Continuation Sheets attached. | | | Subtotal -> (Total of this page) | 40,246.26 | 40,246.26 | |
| | | | | | 0.00 | |
| (Use only on last page of the completed Schedule E. (Report total also on Summary of Schedules.) | | | Total -> | 40,246.26 | 40,246.26 | |
| (Use only on last page of the completed Schedule E.) If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | Total -> | | 0.00 | |

**Form B6 F (12/07)**     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                    Debtor(s)     Case No.            (if known)
Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| AARON ROSS 4015 S 9TH ST COLUMBUS NE  68601 | | | Corporate debt, no personal liability | D | 20,000.00 |
| AEO/SYNCHRONY BANK PO BOX 530942 ATLANTA GA  30353-0942 | | | | | 203.88 |
| ALEXANDER RYAN MARINE & S PO BOX 742973 ATLANTA GA  30374-2973 | | | Corporate debt, no personal liability | D | 5,300.00 |
| ALLAN MANDELKO 22995 CO RD 20 PRESTON MN  55965 | | | Corporate debt, no personal liability | D | 10,000.00 |
| ALPINE LLC/KENT KRAUSE 620 COUNTRY CLUB RD IOWA FALLS IA  50126 | | | Corporate debt, no personal liability | D | 164,500.00 |
| ALTEC INDUSTRIES 33 INVERNESS CENTER PL #2 BIRMINGHAM AL  35242 | | | Corporate debt, no personal liability | D | 2,325.85 |

X     continuation sheets attached.

Subtotal $ 202,329.73

Total $ 202,329.73

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                    Debtor(s)       Case No.                (if known)
       Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| APOGEE PUBLICATIONS 6528 GREENLEAF AVE STE 21 WHITTIER CA 90601 | | | Corporate debt, no personal liability | D | 1,650.00 |
| APPLIED IND TECH 22510 NETWORK PL CHICAGO IL 60673 | | | Corporate debt, no personal liability | D | 3,486.64 |
| ARPS GRAVEL & CONCRETE IN 250 W VINE FREMONT NE 68025 | | | Corporate debt, no personal liability | D | 1,738.64 |
| 1239 AT&T MOBILITY PO BOX 6463 CAROL STREAM IL 60197-64 | | | | | 649.99 |
| 0945 BANK OF AMERICA PO BOX 851001 DALLAS TX 75285 | | | | | 9,094.51 |
| BARCEL MILL & LUMBER CO 310 41ST RD BELLWOOD NE 68624 | | | Corporate debt, no personal liability | D | 25,000.00 |

X____ continuation sheets attached.

Subtotal $ 41,619.78

Total $ 243,949.51

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 F (12/07)**   **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale          **Debtor(s)**      **Case No.**      (if known)
       Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 8089<br><br>BARCLAYCARD CARD SERVICES<br>PO BOX 13337<br>PHILADELPHIA PA  19101-33 | | | | | 4,464.70 |
| BOHLMAN ELK FARMS/RICK BO<br>23792 CO RD 23<br>RICHMOND MN  56368 | | | Corporate debt, no personal liability | D | 17,151.00 |
| BRENT KROHN WINDPOWER LLC<br>47130 FORT RD<br>NICOLLET MN  56074 | | | Corporate debt, no personal liability | D | 10,000.00 |
| BRYCE KROHN WINDPOWER LLC<br>47130 FORT RD<br>NICOLLET MN  56074 | | | Corporate debt, no personal liability | D | 10,000.00 |
| BUFFALO RIDGE CONCRETE<br>PO BOX 749<br>PIPESTONE MN  56164 | | | Corporate debt, no personal liability | D | 2,272.28 |
| C & R BODY SHOP<br>3108 US 24 HWY<br>BELOIT KS  67420 | | | Corporate debt, no personal liability | D | 10,362.00 |

X___ continuation sheets attached.

Subtotal  $  54,249.98

Total  $  298,199.49

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**  **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                    Debtor(s)        Case No.              (if known)
       Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 4966<br>CAPITAL ONE RETAIL SERVIC<br>PO BOX 30257<br>SALT LAKE CITY UT  84130- | | | Waverunner | | 8,348.10 |
| 3578<br>CARD MEMBER SERVICES<br>PO BOX 790408<br>ST LOUIS MO  63179-0408 | | | | | 10,741.60 |
| 1929<br>CARD SERVICES<br>PO BOX 13337<br>PHILADELPHIA PA  19101-33 | | | | | 8,978.90 |
| 2914<br>CARDMEMBER SERVICE<br>PO BOX 94014<br>PALATINE IL  60094 | | | | | 859.96 |
| CECIL ROTH<br>2633 YANKEE HILL RD<br>MILFORD NE  68405 | | | Corporate debt, no personal liability | D | 60,000.00 |
| 6289<br>CHASE CARDMEMBER SERVICE<br>PO BOX 94014<br>PALATINE IL  60094-4014 | | | | | 8,441.95 |

_X_ continuation sheets attached.

Subtotal  $  97,370.51

Total  $  395,570.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 F (12/07)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                    **Debtor(s)**        **Case No.**              (if known)
       Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| CLASSIC DAIRY INC/DEAN EN 71465 HWY 103 JENSEN NE  68377 | | | Corporate debt, no personal liability | D | 60,000.00 |
| CR HOLLAND CRANE SERVICE 35545 HWY 69 FOREST CITY IA  50436 | | | Corporate debt, no personal liability | D | 40,837.43 |
| CRAIG LARSON 1535 600TH RD OBERLIN KS  67749 | | | Corporate debt, no personal liability | D | 31,587.00 |
| D & R CRANE & WELDING 2218 NEWTON SIDNEY NE  69162 | | | Corporate debt, no personal liability | D | 900.00 |
| DAKOTA TURBINES 111 9TH ST SE UNIT 1 COOPERSTOWN ND  58425 | | | Corporate debt, no personal liability | D | 257,000.00 |
| DAN ELLISON 18353 260TH AVE ELBOW LAKE MN  56531 | | | Corporate debt, no personal liability | D | 3,150.00 |

__X__ continuation sheets attached.

Subtotal  $    393,474.43

Total  $    789,044.43

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**          *Blumberg*Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                    Debtor(s)          Case No.                    (if known)
      Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| DARRELL ZORN<br>2450 RD 207<br>BIG SPRINGS NE  69122 | | | Corporate debt, no personal liability | D | 5,000.00 |
| DEAN BOERBOOM<br>3164 CO RD 10<br>COTTONWOOD MN  56229 | | | Corporate debt, no personal liability | D | 10,000.00 |
| DEAN HENNINGSEN<br>3751 AVE F<br>WESTSIDE IA  51467 | | | Corporate debt, no personal liability | D | 25,000.00 |
| 8353<br>DELL BUSINESS CREDIT<br>PAYMENT PROCESSING CENTER<br>PO BOX 5275<br>CAROL STREAM IL  60197-52 | | | | | 2,131.09 |
| 3606<br>DELL PREFERRED ACCOUNT<br>PO BOX 6403<br>CAROL STREAM IL  60197-64 | | | | | 603.87 |
| DENNIS ERICKSON<br>143 ROAD N<br>CAMPBELL NE  68932 | | | Corporate debt, no personal liability | D | 5,000.00 |

X___ continuation sheets attached.

Subtotal   $   47,734.96

Total      $   836,779.39

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**  **Blumberg** Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale          Debtor(s)     Case No.            (if known)
Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| DIETZ BROS INC PO BOX 670 SPICER MN 56288 | | | Corporate debt, no personal liability | D | 23,360.00 |
| DOUBLE D GRAVEL INC 868 181ST ST PIPESTONE MN 56164 | | | Corporate debt, no personal liability | D | 563.83 |
| DOWNEY DRILLING 402 N GRANT ST LEXINGTON NE 68850 | | | Corporate debt, no personal liability | D | 1,830.33 |
| EDGAR KROSCH 5440 200TH AVE WOOD LAKE MN 56297 | | | Corporate debt, no personal liability | D | 1,657.00 |
| EFFEFSON SALES & EXCAVATI PO BOX 310 COOPERSTOWN ND 58425-031 | | | Corporate debt, no personal liability | D | 400.00 |
| ENSZ FEEDLOT/JM ENSZ 71965 582ND AVE BEATRICE NE 68310 | | | Corporate debt, no personal liability | D | 90,000.00 |

X
___ continuation sheets attached.

Subtotal  $  117,811.16

Total  $  954,590.55

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**      **B**lumberg Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                    Debtor(s)      Case No.              (if known)
Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| FARM NEWS 713 CENTRAL AVE FORT DODGE IA  50501 | | | Corporate debt, no personal liability | D | 620.00 |
| FASTENAL CO PO BOX 1286 WINONA MN  55987-1286 | | | Corporate debt, no personal liability | D | 1,100.55 |
| FERCO RENTAL 264 S BROADWAY SALINA KA  67401 | | | Corporate debt, no personal liability | D | 8,289.70 |
| FLYING H FARMS/SCOTT HEIN 1226 104TH RD SENECA KS  66538 | | | Corporate debt, no personal liability | D | 144,500.00 |
| FROHBERG ELECTRIC 606 E NORFOLK AVE NORFOLK NE  68701 | | | Corporate debt, no personal liability | D | 2,500.32 |
| G & R FARMS/ROBIN SAMPSON 10640 CO HWY D20 ALDEN IA  50006 | | | Corporate debt, no personal liability | D | 164,500.00 |

X
___  continuation sheets attached.

|  |  | Subtotal | $ | 321,510.57 |
|---|---|---|---|---|
|  |  | Total | $ | 1,276,101.12 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 F (12/07)**          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale          Debtor(s)      Case No.          (if known)
      Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| GALE SYMENS<br>39198 930TH ST<br>HERON LAKE MN  56137 | | | Corporate debt, no personal liability | D | 20,000.00 |
| GASKELL MACHINE & METAL I<br>505 W 7TH ST<br>HORTON KS  66439 | | | Corporate debt, no personal liability | D | 2,175.00 |
| GRASS GREEN ENERGY/AARON<br>1570 160TH ST<br>CHARTER OAK IA  51439 | | | Corporate debt, no personal liabilityy | D | 5,000.00 |
| GREEN ENERGY PORK/STEVE S<br>1195 170TH ST<br>SCHLESWIG IA  51461 | | | Corporate debt, no personal liability | D | 5,000.00 |
| GREG'S WELDING<br>420 3RD AVE NE<br>PIPESTONE MN  56164 | | | Corporate debt, no personal liability | D | 2,156.20 |
| HANSEN MAN INC<br>4807 RAMUS ST<br>HOUSTON TX  77092 | | | Corporate debt, no personal liability | D | 5,128.10 |

X ___ continuation sheets attached.

Subtotal $ 39,459.30

Total $ 1,315,560.42

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 F (12/07)**     **B**lumberg**Excelsior, Inc., Publisher, NYC 10013**

In re: Kisslinger, Kerry Dale                    Debtor(s)         Case No.                    (if known)
Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| HENRY MILLWRIGHT & FABRIC 2022 CR LEVANT KS  67743 | | | Corporate debt, no personal liability | D | 4,869.10 |
| HMC 14400 HOLLISTER STE 100 HOUSTON TX  77066 | | | Corporate debt, no personal liability | D | 31,701.99 |
| IDEAL POWER 4120 FREIDRICH LN STE 100 AUSTIN TX  78744 | | | Corporate debt, no personal liability | D | 90,000.00 |
| IHRY-JULIUSON LLP/KEITH I 662 129TH AVE HOPE ND  58046 | | | Corporate debt, no personal liability | D | 1,656.59 |
| INGLISH AND MONACO 237 E HIGH ST JEFFERSON CITY MO 65101 | | | | | 17,437.38 |
| IOWA PORK PROMOTIONS INC PO BOX 71009 CLIVE IA  50325-0009 | | | Corporate debt, no personal liability | D | 2,150.00 |

<u>  X  </u>  continuation sheets attached.

Subtotal $ 147,815.06

Total $ 1,463,375.48

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 F (12/07)**       **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                    Debtor(s)       Case No.                    (if known)
       Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ISG & ASSOCIATES 4722 S 135TH ST OMAHA NE 68137 | | | Corporate debt, no personal liability | D | 2,000.00 |
| JAMES MILANI 105 W VAN BUREN ST CENTERVILLE IA 52501 | | | Corporate debt, no personal liability | D | 141,500.00 |
| JAMES SUKALSKI 6644 385TH AVE BLUE EARTH MN 56013 | | | Corporate debt, no personal liability | D | 25,500.00 |
| JOHN C WAGNER LAW OFFICES PO BOX 262 AMANA IA 52203 | | | | | 18,000.00 |
| JOHNSON FLOODMAN GUENZEL PO BOX 81687 LINCOLN NE 68501 | | | | | 300.00 |
| JONATHON ADRIAN 39045 CO RD 1 MOUNTAIN LKE MN 56159 | | | Corporate debt, no personal liability | D | 70,000.00 |

X ___ continuation sheets attached.

Subtotal   $   257,300.00

Total   $   1,720,675.48

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 F (12/07)**   **Blumberg** Excelsior, Inc ., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                    Debtor(s)      Case No.                (if known)
Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| KINGMAN COUNTRY CLUB INVE 1625 S MAIN KINGMAN KS  69120 | | | Corporate debt, no personal liability | D | 127,740.00 |
| KIOGA 229 E WILLIAM STE 211 WICHITA KA  67202 | | | Corporate debt, no personal liability | D | 450.00 |
| KJ FARMS/KYLE JANES 14987 120TH ST ALDEN IA  50006 | | | Corporate debt, no personal liability | D | 166,500.00 |
| 2776 KOHLS PO BOX 2983 MILWAUKEE WI  53201-2983 | | | | | 418.25 |
| LAKO DRILLING INC 325 CO RD 34 ARTHUR ND  58006 | | | Corporate debt, no personal liability | D | 1,030.58 |
| LAMAR HOMES/LARRY MAGES 57815 330TH ST LAFAYETTE MN  56054 | | | Corporate debt, no personal liability | D | 10,000.00 |

X
___ continuation sheets attached.

Subtotal  $  306,138.83

Total  $  2,026,814.31

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                    Debtor(s)        Case No.                (if known)
       Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| LANDWEHR CONSTRUCTION INC<br>PO BOX 1086<br>ST CLOUD MN  56302 | | | Corporate debt, no personal liability | D | 9,405.00 |
| LELAND ERICKSON<br>143 ROAD N<br>CAMPBELL NE  68932 | | | Corporate debt, no personal liability | D | 5,000.00 |
| LEMAN USA INC<br>1860 RENAISSANCE BLVD<br>STURTEVANT WI  53177 | | | Corporate debt, no personal liability | D | 4,241.35 |
| LESTERS WATER WORKS<br>PO BOX 63<br>ROCKVILLE MN  56369 | | | Corporate debt, no personal liability | D | 3,386.62 |
| 886 0<br>LOWES/SYNCHRONY BANK<br>PO BOX 530914<br>ATLANTA GA  30353-0914 | | | | | 1,526.15 |
| M2 LEASE FUNDS/MIKE WILKE<br>175 N PATRICK BLVD STE 13<br>BROOKFIELD WI  53045 | | | Corporate debt, no personal liability | D | 6,000.00 |

X
___  continuation sheets attached.

|  | Subtotal | $ | 29,559.12 |
|---|---|---|---|
| | Total | $ | 2,056,373.43 |

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

Form B6 F (12/07)                                **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                    Debtor(s)        Case No.              (if known)
      Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| MAICO<br>PO BOX 24<br>ELLSWORTH KS  67439 | | | Corporate debt, no personal liability | D | 114,560.79 |
| MARK LAMPERT<br>63587 130TH ST<br>CHOKLO MN  56221 | | | Corporate debt, no personal liability | D | 12,057.00 |
| MARK SCHLEISMAN<br>3565 GARBER AVE<br>LAKE IA  50546 | | | Corporate debt, no personal liability | D | 16,657.00 |
| MARSHA REINHART<br>44211 571ST AVE<br>NEW ULM MN  56076 | | | Corporate debt, no personal liability | D | 10,000.00 |
| MARVIN BOIKE<br>2050 40TH AVE SE<br>MAYNARD MN  56260 | | | Corporate debt, no personal liability | D | 2,100.00 |
| MAYR CORPORATION<br>4 NORTH ST STE 300<br>WALDWICK NJ  07463 | | | Corporate debt, no personal liability | D | 5,975.86 |

X
___  continuation sheets attached.

                                        Subtotal  $  161,350.65

(Use only on last page of the completed Schedule F.)   Total  $  2,217,724.08
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale
      Kisslinger, Ashley Elizabeth Sasz          Debtor(s)       Case No.          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 3381<br><br>MEDICA<br>PO BOX 9310<br>MINNEAPOLIS MN  55440-931 | | | | | 1,096.04 |
| <br>MELVIN LINDNER<br>7000 NW 112TH<br>LINCOLN NE  68524 | | | Corporate debt, no personal liability | D | 5,000.00 |
| <br>MID AMERICA BANK<br>1511 FRIENDSHIP RD<br>JEFFERSON CITY MO  65101 | | | Corporate debt, no personal liability | D | 20,667.04 |
| <br>MMI INTERNATIONAL INC<br>PO BOX 544<br>BRUSH CO  80723 | | | Corporate debt, no personal liability | D | 7,489.29 |
| <br>MOTZKO GEOTHERMAL DRILLIN<br>PO BOX 124<br>WATERTOWN MN  55388 | | | Corporate debt, no personal liability | D | 2,235.00 |
| <br>MRL CRANE & EQUIPMENT REN<br>4331 JUERGEN RD<br>GRAND ISLAND NE  68801 | | | Corporate debt, no personal liability | D | 2,275.01 |

X
___ continuation sheets attached.

Subtotal $  38,762.38

Total $  2,256,486.46

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**          **B**lumberg**Excelsior, Inc., Publisher, NYC 10013**

In re: Kisslinger, Kerry Dale                    Debtor(s)     Case No.                    (if known)
        Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| NICK VOLZ 3550 NE 126TH AVE ELKHART IA 50073 | | | Corporate debt, no personal liability | D | 70,000.00 |
| ORVILLE ERICKSON 33769 580TH AVE CHOKIA MN 56221 | | | Corporate debt, no personal liability | D | 37,557.00 |
| PETE C SCHMIT SONS 230 40 RD BELLWOOD NE 68624 | | | Corporate debt, no personal liability | D | 1,495.00 |
| POPLAR CREEK ENERGY LLC 413 110TH AVE PIPESTONE MN 56164 | | | Corporate debt, no personal liability | D | 20,000.00 |
| PRAIRIELAND PORK/WARREN K 47130 FORT RD NICOLLET MN 56074 | | | Corporate debt, no personal liability | D | 10,000.00 |
| RANDY COOPER 1581 QUINCE AVE PRESCOTT IA 50859 | | | Corporate debt, no personal liability | D | 44,000.00 |

__X__ continuation sheets attached.

Subtotal $ 183,052.00

Total $ 2,439,538.46

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                    Debtor(s)        Case No.              (if known)
       Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| RELIANCE CONSTRUCTION OF PO BOX 446 SCHLESWIG IA  51461 | | | Corporate debt, no personal liability | D | 2,450.00 |
| RON KEOGH 1111 CO RD K OAKLAND NE  68045 | | | Corporate debt, no personal liability | D | 25,000.00 |
| SCHAEFER CRANE SERVICE 58374 CO RD 21 NEW ULM MN  56073 | | | Corporate debt, no personal liability | D | 14,950.01 |
| SE VALLEY IRRIGATION/SASH 6630 HWY 4 BRUNING NE  68322 | | | Corporate debt, no personal liability | D | 44,000.00 |
| SELECT SPRAYERS 4319 IMPERIAL AVE KEARNEY NE  68847 | | | Corporate debt, no personal liability | D | 98,700.00 |
| 7001 SHELL PO BOX 183018 COLUMBUS OH  43218-3018 | | | | | 270.39 |

X ___ continuation sheets attached.

Subtotal $ 185,370.40

Total $ 2,624,908.86

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale          Debtor(s)     Case No.          (if known)
Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| SOUTHWEST SALES SERVICE & 1151 N 1100 W ST GEORGE UT  84770 | | | Corporate debt, no personal liability | D | 75,000.00 |
| STRAND READY MIX INC PO BOX 352 FINLEY ND  58230-0352 | | | Corporate debt, no personal liability | D | 1,514.11 |
| SUNCO INC/LEE NIKKEL 75980 RD 338 MADRID NE  69150 | | | Corporate debt, no personal liability | D | 10,000.00 |
| 9229 SYNCHRONY BANK PO BOX 960061 ORLANDO FL  32896-0061 | | | | | 3,562.43 |
| TEX-STAR BEARINGS 4025 WILLOWBEND BLVD #307 HOUSTON TX  77025 | | | Corporate debt, no personal liability | D | 10,181.51 |
| THE SPOKESMAN PO BOX 670 IOWA FALLS IA  50126 | | | Corporate debt, no personal liability | D | 848.40 |

X
___  continuation sheets attached.

Subtotal  $  101,106.45

Total  $  2,726,015.31

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**                    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                    Debtor(s)         Case No.              (if known)
        Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| THUNDERBIRD PETRO PRODUCT 322 STATE HWY 96 SHERIDAN LAKE CO   81071 | | | Corporate debt, no personal liability | D | 16,734.00 |
| TRIPLE R ACRES/RANDY REIN 44211 571ST AVE NEW ULM MN   56076 | | | Corporate debt, no personal liability | D | 10,000.00 |
| TTT INC/JOE'S WELDING DENISOM IA   51442 | | | Corporate debt, no personal liability | D | 2,573.45 |
| TURBINE W260 LLC/ROBIN MA 27412 CO RD 6 WESTBROOK MN   56183 | | | Corporate debt, no personal liability | D | 25,000.00 |
| TURBINS W53 LLC/MICK MADS 27412 CO RD 6 WESTBROOK MN   56183 | | | Corporate debt, no personal liability | D | 25,000.00 |
| UL LLC 75 REMITTANCE DR STE 1524 CHICAGO IL   60675-1524 | | | Corporate debt, no personal liability | D | 2,800.00 |

X
___ continuation sheets attached.

Subtotal $  82,107.45

Total $  2,808,122.76

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                          Debtor(s)          Case No.                          (if known)
        Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 6885<br>VIVINT<br>4931 N 300 W<br>PROVO UT  84604 | | | | | $ 2,069.00 |
| WE FARM THE WIND LLC<br>20498 QUAKER RD<br>ALBANY MN  56307 | | | Corporate debt, no personal liability | D | 16,491.00 |
| 7468<br>WELLS FARGO CREDIT CARD<br>PO BOX 6412<br>CAROL STREAM IL  60197-64 | | | | | 164.37 |
| 4107<br>WELLS FARGO OUTDOOR SOLUT<br>PO BOX 660431<br>DALLAS TX  75266-0431 | | | | | 4,525.75 |
| WOOFTER CONSTRUCTION & IR<br>PO BOX 526<br>COLBY KS  67701 | | | Corporate debt, no personal liability | D | 1,790.00 |
| WORLD PARK EXPO<br>10676 JUSTIN DR<br>URBANDALE IA  50322 | | | Corporate debt, no personal liability | D | 1,700.00 |

__X__ continuation sheets attached.

Subtotal $ 26,740.12

Total $ 2,834,862.88

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

**Form B6 F (12/07)**       **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                          **Debtor(s)**        **Case No.**              (if known)
       Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| YORK FARMS LLC/ANDY COTTE 21161 YORK RD HUTCHINSON MN  55350 | | | Corporate debt, no personal liability | D | 10,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

_____ continuation sheets attached.

Subtotal $    10,000.00

Total $  2,844,862.88

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**Form B6 G (12/07)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale                                    Debtor(s)  Case No.                          (if known)
Kisslinger, Ashley Elizabeth Sasz

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FROHBERG ELECTRIC<br>606 E NORFOLK AVE<br>NORFOLK NE  68701 | Month-to-month lease of office, storage building and lot<br>$1,200 per month plus utilities |
| HARDING ENERGY PARTNERS LLC<br>13465 MIDWAY RD SUITE 400<br>DALLAS TX  75244 | Pd up oil & gas lease dated 9/9/2010. No money currently being pd by lessee Harding Energy Partners to wife as lessor. Legal attached. |
| ROBBIE SIMEOLE<br>2828 RED OAK DR<br>GRAND PRAIRIE, TEXAS | Wife is lessor receiving $1,500 per month rent from lessee |

CONTINUATION OF SCHEDULE G -
EXECUTORY CONTRACTS AND UNEXPIRED LEASES


In Re:        Kerry Dale Kisslinger
              Ashley Elizabeth Sasz Kisslinger                                    Debtors.


Legal Description:

Lot 44, Block 1, Garden Oaks Addition, Phase I an Addition to City of Grand Prairie, Tarrant
County, State of Texas, according to revised plat recorded in Volume 388-191, Page 84, Plat
Records, Tarrant County, Texas

**Form B6 H  (12/07)**   BlumbergExcelsior, Inc., Publisher, NYC 10013

In re:  Kisslinger, Kerry Dale                                    Debtor(s)  Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☒  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |



**Blumberg**Excelsior, Inc., Publisher, NYC 10013

**Fill in this information to identify your case:**

Debtor 1 `Kisslinger, Kerry Dale`

Debtor 2 `Kisslinger, Ashley Elizabeth Sasz`
(Spouse if filling)

United States Bankruptcy Court for the:          District of `Minnesota`
Case number
(If known)

Check if this is:

☐ A supplement showing chapter 13 income as of the following date:

_____

MM / DD /YYYY

## Official Form B 6I

# Schedule I: Your Income                    **12/13**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are seperated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**          **Describe Employment**

**1. Fill in your employment information.**

If you have more than one job, attach a seperate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed | ☐ Employed |
|  | ☒ Not Employed | ☒ Not Employed |
| **Occupation** |  |  |
| **Employer's name** |  |  |
| **Employer's address** |  |  |
| **How long employed there?** |  |  |

**Part 2:**          **Give Details About Monthly Income**

**Estimate monthly income as of the date you file this form.**     If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2. List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ | $ |
| **3. Estimate and list monthly overtime pay.** | 3. | + $ | + $ |
| **4. Calculate gross income. Add line 2 + line 3.** | 4. | $          0.00 | $          0.00 |



Debtor 1  Kisslinger, Kerry Dale                          Case number (if known)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 4. | Copy line 4 here | 4. $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. $ | |
| | 5b. Mandatory contributions for retirement plans | 5b. $ | $ |
| | 5c. Voluntary contributions for retirement plans | 5c. $ | $ |
| | 5d. Required repayments of retirement fund loans | 5d. $ | $ |
| | 5e. Insurance | 5e. $ | $ |
| | 5f. Domestic support obligations | 5f. $ | $ |
| | 5g. Union dues | 5g. $ | $ |
| | 5h. Other deductions. Specify | 5h. +$ | $ |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h | 6. $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ 0.00 | $ 0.00 |
| 8. | **List all other income regulary received:** | | |
| | **8a. Net income from rental property and from operating a business. profession or farm** | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ 1441.51 | $ -318.16 |
| | **8b. Interest and dividends** | 8b. $ | |
| | **8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | $ |
| | **8d. Unemployment compensation** | 8d. $ | $ |
| | **8e. Social Security** | 8e. $ | $ |
| | **8f. Other government assistance that you regulary receive** | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Progrem) or housing subsidies. Specify: | 8f. $ | $ |
| | **8g. Pension or retirement income** | 8g. $ | $ |
| | **8h. Other monthly income. Specify:** | 8h. +$ | +$ |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ 1441.51 | $ |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ 1441.51 | $ -318.16 $ 1123.35 |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.** | | |
| | Include contributions from an unmarried partner, members of your hosehold, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: | | 11. $ |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies | | 12. $ 1123.35 |

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ **No.**

☒ **Yes. Explain:** Debtors hope to find employment in Texas.

**Form 1007-3 - Financial Review of the Debtor's Business**

Kerry Dale Kisslinger

In Re: Ashley Elizabeth Sasz,Kisslinger          Case No. _____

Chapter 7

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS
(NOTE: ONLY INCLUDE information directly
related to one business operation on each form)

Type of business: Insurance
Business Name: Benefit Options

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:
1.   Gross Income for previous 12 months:

$17,298.17

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income:                                    $ 1,441.51

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:
3. Payroll (paid to others)          $_____
4. Payroll Taxes                     $_____
5. Unemployment Taxes                $_____
6. Worker's Compensation             $_____
7. Employee Benefits (e.g., pension
     medical, etc.)                  $_____
8. Other Taxes                       $_____
9. Inventory Purchases
     (including raw materials)-
     Parts                           $_____
10. Purchase of Feed/Fertilizer/
     Seed/Spray                      $_____
11. Rent (Other than debtor's
     principal residence)            $_____
12. Utilities                        $_____
13. Office Expenses and Supplies     $_____
14. Repairs and Maintenance          $_____
15. Vehicle Expenses                 $_____
16. Travel and Entertainment         $_____
17. Advertising and Promotion        $_____
18. Equipment Rental and Leases      $_____
19. Legal/Accounting/Other
     Professional Fees               $_____
20. Insurance                        $_____
21. Payment to Be Made Directly by   $_____
     Debtor to Secured Creditors     $_____
     for Pre-Petition Business       $_____
     Debts (specify)                 $_____
22. Other (describe)                 $_____
23. Total Monthly Expenses
     add items (3-22))                                     $_____

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

24. Average Net Monthly Income
    (subtract line 22 from line 2)                    $_____

    Net Monthly Income                                $ 1,441.51

## **Verification**

I, Kerry Dale Kisslinger_____, the debtor(s) named in
the foregoing financial review form, declare under penalty of
perjury that the foregoing is true and correct according to the
best of my knowledge, information and belief.

Executed on 5/14/2015_____     Signed: /s/Kerry Dale Kisslinger
                                            Kerry Dale Kisslinger
                                            862 Oak Shore Drive
                                            Emmons, MN  56029

**Form 1007-3 - Financial Review of the Debtor's Business**

Kerry Dale Kisslinger

In re: Ashley Elizabeth Sasz Kisslinger          Case No. _____

Chapter ___7___

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS
(NOTE: ONLY INCLUDE information directly
related to one business operation on each form)

Type of business Home Rental      Business Name Ashley Kisslinger

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.   Gross Income for 12 Months Prior to Filing $ 18,000.00

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.   Gross Monthly Income:                    $ 1,500.00

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

    3.   Payroll (paid to others)          $_____
    4.   Payroll Taxes                     $_____
    5.   Unemployment Taxes                $_____
    6.   Worker's Compensation             $_____
    7.   Employee Benefits (e.g., pension
              medical, etc.)               $_____
    8.   Other Taxes                       $_____
    9.   Inventory Purchases
              (including raw materials)    $_____
    10.  Purchase of Feed/Fertilizer/
              Seed/Spray                   $_____
    11.  Rent (Other than debtor's
              principal residence)      $_____
    12.  Utilities                         $_____
    13.  Office Expenses and Supplies      $_____
    14.  Repairs and Maintenance           $   150.00
    15.  Vehicle Expenses                  $_____
    16.  Travel and Entertainment          $_____
    17.  Advertising and Promotion      $_____
    18.  Equipment Rental and Leases       $_____
    19.  Legal/Accounting/Other
              Professional Fees            $_____
    20.  Insurance                         $_____
    21.  Payment to Be Made Directly by    $_____
              Debtor to Secured Creditors  $_____
              for Pre-Petition Business    $_____

             Debts (specify)Mortgage      $ 1,518.16
    22.   Other (describe)Pool service     $    150.00
    23.   Total Monthly Expenses (add items (3-22) )1,818.16

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:
    24.   Average Net Monthly Income
          (subtract line 22 from line 2)      $ (318.16)

          Net Monthly Income                    $ (318.16)

Verification.   I, Ashley Kisslinger(s) named in the foregoing
financial review form, declare under penalty of perjury that the
foregoing is true and correct according to the best of my knowledge,
information and belief.

                                        /s/Ashley Elizabeth
Executed on  5/14/2015            Signed: Sasz Kisslinger
                                 Name and Address of Subscriber
                                 Ashley Kisslinger
                                 862 Oak Shore Drive
                                 Emmons, MN  56029



Blumberg PC Form . Publisher of legal forms

**Fill in this information to identify your case:**

Debtor 1   Kisslinger, Kerry Dale

Debtor 2   Kisslinger, Ashley Elizabeth Sasz
(Spouse if filling)

United States Bankruptcy Court for the:     District of   Minnesota

Case number
(If known)

Check if this is:

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses

12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:**     Describe Your Household

**1. Is this a joint case?**

☐ No  Go to line 2.

☒ Yes. Does Debtor 2 live in a separate household?

☒ No

☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☒ Yes. Fill out information for each dependant ..............

| Dependents relationship to Debtor1 or Debtor2 | Dependents age | Does dependant live with you? |
|---|---|---|
| Daughter | 16 | ☒ Yes  ☐ No |
| Son | 8 | ☒ Yes  ☐ No |
| | | ☐ Yes  ☐ No |
| | | ☐ Yes  ☐ No |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☒ No
☐ Yes

**Part 2:**     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)



Debtor 1   Kisslinger, Kerry Dale                          Case number   (If known)

|  |  |  |  | Your expenses |
|---|---|---|---|---|

**4.** **The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.**   4. $ To be determined

If not included in line 4:

4a. Real estate taxes   4a. $

4b. Property, homeowner's, or renter's insurance   4b. $

4c. Home maintenance, repair, and upkeep expenses   4c. $   50.00

4d. Homeowner's association or condominium dues   4d. $

**5.** **Additional mortgage payments for your residence, such as home equity loans**   5. $

**6.** **Utilities:**

6a. Electricity, heat, natural gas   6a. $   300.00

6b. Water, sewer, garage collection   6b. $   50.00

6c. Telephone, cell phone, internet, satellite, and cable services   6c. $   320.00

6d. Other, Specify:   Garbage removal   6d. $   40.00

**7.** **Food and housekeeping supplies**   7. $   800.00

**8.** **Childcare and children's education costs**   8. $   50.00

**9.** **Clothing, laundry, and dry cleaning**   9. $   500.00

**10.** **Personal care products and services**   10. $   120.00

**11.** **Medical and dental expenses**   11. $   500.00

**12.** **Transportation. Include gas, maintenance, bus or train fare. Do not include car payments.**   12. $   400.00

**13.** **Entertainment, clubs, recreation, newspapers, magazines and books**   13. $   150.00

**14.** **Charitable contributions and religious donations**   14. $

**15.** **Insurance.**
**Do not include insurance deducted from your pay or included in lines 4 or 20.**

15a. Life insurance   15a. $

15b. Health insurance   15b. $   1000.00

15c. Vehicle insurance   15c. $

15d. Other insurance. Specify:   15d. $

**16.** **Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.**
**Specify:**   2013 & 2014 taxes owed to IRS   16. $   1500.00

**17.** **Installments or lease payments:**

17a. Car payments for vehicle 1   17a. $   389.90

17b. Car payments for vehicle 2   17b. $ To be determined

17c. Other. Specify:   17c. $

17d. Other. Specify:   17d. $

**18.** **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**   18. $

**19.** **Other payments you make to support others who do not live with you.**
**Specify:**   19. $

Blumberg Excelsior, Inc., Publisher, NYC 10013

Debtor 1    Kisslinger, Kerry Dale                                    Case number    (If known)

|  | Your expenses |
|---|---|

**20.**    **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a. Mortgages on other property                                          20a. $

20b. Real estate taxes                                                    20b. $

20c. Property, homeowner's, or renter's insurance                        20c. $

20d. Maintenance, repair, and upkeep expenses                            20d. $

20e. Homeowner's association or condominium dues                         20e. $

20f. Other

    Pet expense                                           $        50.00

                                                           $

                                                           $

                                                           $

**21.**    **Other. Specify:**                                            21. +$

**22.**    **Your monthly expenses. Add lines 4 through 21.**             22.  $      6219.90
    **The result is your monthly expenses.**

**23.**    **Calculate your monthly net income:**

23a. Copy line 12 (your combined monthly income) from Schedule I.        23a.  $      1123.35

23b. Copy your monthly expenses from line 22 above.                      23b. -$      6219.90

23c. Subtract your monthly expenses from your monthly income.

    *The result is your monthly net income.*             23c.  $     -5096.55

**24.**    **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

[X]  No.

[ ]  Yes.    Explain here:

Official Form B 6J                            **Schedule J: Your Expenses**                        page 3

 Form B6 Cont. (12-07)      **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:   Kisslinger, Kerry Dale
         Kisslinger, Ashley Elizabeth Sasz          Debtor(s) Case No.          (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __58__ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 2.)

Date 5/14/15          Signature _/s/Kerry Dale Kisslinger_____
                              Kisslinger, Kerry Dale          Debtor

Date 5/14/15          Signature _/s/Ashley Elizabeth Sasz Kisslinge_____
                              Kisslinger, Ashley E     (Joint Debtor, if any)
                              *(If joint case, both spouses must sign.)*

— — — — — — — — — — — — — — — — — — — — — — — — — — — —

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this
document for compensation and have provided the debtor with a copy of this document and the notices and information required
under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.
§110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the
maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that
section.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by
                                                                               11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the
officer, principal, responsible person, or partner who signs this document.*

Address:

X_____          _____
   Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the
bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

**A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in
fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.**

— — — — — — — — — — — — — — — — — — — — — — — — — — — —

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership] of the _____ [corporation or partnership]
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
58 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
**(Total shown on summary page plus 1.)**

Date _____          Signature _____

                                        (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 U.S.C. §§ 152 and 3571.



Form 7 Stmt of Financial Affairs (04/13)   **Blumberg** Excelsior, Inc., Publisher, NYC 10013

# STATEMENT OF FINANCIAL AFFAIRS

### UNITED STATES BANKRUPTCY COURT

#### DISTRICT OF  Minnesota

In re:  Kisslinger, Kerry Dale
      Kisslinger, Ashley Eliza

Debtor(s)  Case No.

## STATEMENT OF FINANCIAL AFFAIRS

  This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. Sec, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

  Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business within the last 6 years, as defined below, also must complete Questions 19-25. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINATIONS

  "In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, orowner of 5 percent or more of the voting or equity securities of a corporation; a partner other than a limited partner, of a partnership, a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

  "Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

NONE

## 01  INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

  State the gross amount of income the debtor has received from employment trade or profession or from operation of the debtor's business including part-time activities either as an employee or in independent trade or business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  If a debtor that maintains or has maintained financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|---|---|
| 4049.51 | Husband's gross insurance commission income in 2015 |
| 45515.76 | Husband and wife's distribution from ES Windpower, Inc. in 2015 |
| 7500 | Wife's gross rent from Texas home in 2015 |
| 17020.96 | Husband's gross insurance commissins in 2014 |
| 45000.00 | Husband's wages from RP Employer Solutions of Texas, Inc. in 2014 |
| 173015.08 | Husband and wife's distributions from ES Windpower, Inc., in 2014 Net distributions $118,244.97 |

18000.00          Wife's gross rent documents in 2013 Net rent per 2014 tax return is
                  -$9,187.00

57281.00          Husband's gross insurance commissions in 2013, with net income of $51,294.00

45000             Husband's wages from RP Employer Solutions of Texas, Inc., in 2013

3993.00           Wife's gross income from consignment sales Lizzie Kay in 2013, with net income
                  shown on 2013 tax return of
                  -14,541.00

164347.67         Husband and wife's distributions from ES Group of Texas, Inc., in 2013
                  Net distributions $140,771.98

NONE
|X |    02 INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS

        State the amount of income received by the debtor other than from employment trade profession operation of the debtor's business during the two years
        immediately preceeding the commencement of this case.  Give particulars.  If a joint petition is filed state income for each spouse separately.  (Married debtors filing
        under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed unless the spouses are separated and a joint petition is not
        filed.)

NONE
|X |    03A  PAYMENTS TO CREDITORS

        List all payments on loans installment purchases of goods or services and other debts to any creditor made within 90 days immediately preceding the
        commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.  Indicate with an asterisk (*)
        any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved
        nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether
        or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE □ □ 03B PAYMENTS TO CREDITORS

List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $6,225*.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| AMOUNT STILL OWNING | NAME AND ADDRESS OF CREDITOR | PAYMENT DATES | AMOUNT PAID |
|---|---|---|---|
| 114560.79 | Maico Industries<br>P.O. Box 24<br>Ellworth, KS  67439 | March 4, 2015 | $40,000.00<br>Payment made by ES Windpower, Inc. |
| 0.00 | Harvest Energy Solutions | March 24, 2015 | $26,000.00<br>Payment made by ES Windpower, Inc. |

NONE
X 03C PAYMENTS TO CREDITORS



List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE □ □ 04A SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT | NATURE OF PROCEEDING | COURT & LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| James G. Milani, Plaintiff, vs. ES Group of Texas, Inc., Defendant Case No. LALA002285 | Breach of contract/fraud | In Iowa District Court for Appanoose County | Filed August 18, 2014 |
| Alpine, LLC, Kyle Allen Janes and GNR Farms, LLC, Plaintiffs, vs. ES Group of Texas, Inc. | Breach of contract | In Iowa District Court in and for Hardin County | E-filed January 28, 2015 |

NONE
X

**04B  SUITS AND ADMINISTRATIVE PROCEEDINGS EXECUTION GARNISHMENTS AND ATTACHMENTS**

Describe all property that has been attached garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

**05  REPOSSESSIONS FORECLOSURES AND RETURNS**

List all property that has been repossessed by a creditor sold at a foreclosure sale transferred through a deed in lieu of foreclosure or returned to the seller within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

**06A  ASSIGNMENTS AND RECEIVERSHIPS**

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

**06B  ASSIGNMENTS AND RECEIVERSHIPS**

List all property which has been in the ands of a custodian receiver or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed unless spouses are separated and a joint petition is not filed.)

NONE
X

**07  GIFTS**

7List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE

## 08 LOSSES

List all losses from fire theft other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| DATE OF LOSS | DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCE AND IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS |
|---|---|---|
| 10/__/2014 | Motor vehicle accident damage to property approximately $2,000 | Husband backed 2013 Ford Expedition vehicle into a tree. Used insurance proceeds to repair vehicle |

NONE

## 09 PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the debtor to any persons including attorneys for consultation concerning debt consolidation relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Baudler, Maus & Forman, LLP<br>108 North Main Street<br>Austin, MN  55912 | March 27, 2015<br>April 10, 2015 | $10,335.00<br>to file this<br>bankruptcy |
| Family Means | | $50.00 for debt<br>counseling |

NONE

## 10A OTHER TRANSFERS

List all other property other than property transferred in the ordinary course of the business or financial affairs of the debtor transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

Gena Phillips, buyer          Former home-4106 Windy Woods Court, Kingwood, Texas 77345 Sold in September, 2013, for $200,000

NONE
X   10B OTHER TRANSFERS

List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

NONE
|  |  |

## 11 CLOSED FINANCIAL ACCOUNTS

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed sold or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking savings or other financial accounts certificates of deposit or other instruments; shares and share accounts held in banks credit unions pension funds cooperatives associations brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| Chase<br>Kingwood, Texas | Account No. 0120<br>Daughter's checking account | Closed 6/12/2014<br>Minimal |
| Chase<br>Kingwood, Texas | Acct. #5130<br>Business checking | June 12, 2014<br>$26.73 |
| Chase<br>Kingwood, Texas | Acct. #5242<br>Personal checking | June 12, 2014<br>$18.92 |
| Chase<br>Kingwood, Texas | Acct. #6564<br>Personal savings | $77.01<br>June 11, 2014 |
| Security Bank Minnesota<br>Albert Lea, Minnesota | Acct. #130625<br>Business account in the name of ES Windpower, Inc. | April 10, 2015<br>$1,351.14 |

NONE
X

## 12 SAFE DEPOSIT BOX

List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed unless the spouses are separated and a joint petition is not filed.)

NONE
X

## 13 SETOFFS

List all setoffs made by any creditor including a bank against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

## 14 PROPERTY HELD FOR ANOTHER PERSON

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Lane P. Kisslinger | Security Bank Minnesota Saving Account No. 5161 with Ashley Kisslinger named as natural guardian $118.00 | Security Bank Minnesota 437 Bridge Avenue Albert Lea, Minnesota |

NONE

## 15 PRIOR ADDRESS OF DEBTOR

If debtor has moved within three years immediately preceding the commencement of this case list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 862 Oak Shore Drive Emmons, MN 56029 | Kerry and Ashley Kisslinger | October, 2013, to May 2, 2015 |
| 4106 Windy Woods Court Kingwood, Texas 77345 | Kerry and Ashley Kisslinger | June, 2010 to October, 2013 |



NONE
X

16  SPOUSES AND FORMER SPOUSES

If the debtor resides or resided in a community property state commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NONE
X

## 17A  ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice and if known the Environmental Law:

NONE
X

## 17B  ENVIRONMENTAL INFORMATION

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

NONE
X

## 17C  ENVIRONMENTAL INFORMATION

List all judicial or administrative proceedings including settlements or orders under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

NONE

## 18A  NATURE LOCATION AND NAME OF BUSINESS

If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner or managing executive of a corporation, partner in a partnership, sole proprietor or was self-employed in a trade, profession or other activity either full-or part-time within six years immediately preceding the commencement of this case or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.List the names addresses taxpayer identification numbers nature of the businesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all business in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the busiinesses and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| Tax ID# | NAME | BEGINNING AND ENDING DATES | ADDRESS | NATURE OF BUSINESS ADDRESS |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 8207 | Ashley Kisslinger | 4/1/2007 to current | P.O. Box 13 China, TX  77613 | Cosmetics sales |
| 4822 | Missouri Public Entity Benefits, Inc. | 8/31/2006 to 4/2014 | 862 Cobblestone Ct. Jefferson City, MO  65101 | Insurance agency |
| 1994 | Benefit Options, Inc. | 5/5/2010 to 12/31/2013 | 4106 Windy Woods Ct. Kingwood, TX 77345 | Insurance agency |
| 3353 | Lizzie Kay Marketplace | 8/14/2012 to 12/31/2013 | 4106 Windy Woods Ct. Kingwood, TX 77345 | Retail crafts store |
| 3031 | ES Group, Inc. | 12/22/2010 to 12/31/2011 | 4106 Windy Woods Ct. Kingwood, TX 77345 | Wind turbine sales |
| 9722 | ES Group of Texas, Inc. | 12/6/2011 to 12/31/2014 | 4106 Windy Woods Ct. Kingwood, TX 77345 | Wind turbine sales |
| 9585 | ES Group Holding Co., LLC | 1/1/2010 to 12/31/2013 | 4106 Windy Woods Ct. Kingwood, TX 77345 | Wind turbine sales |
| 5172 | ES Windpower, Inc. | 10/13/2013 to current | 4106 Windy Woods Ct. Kingwood, TX 77345 | Wind turbine sales |
| 4809 | Viking Energy, LLC | 12/10/2013 to 12/31/2014 | 862 Oak Shore Dr. Emmons, MN 56029 | Wind turbine sales |

| 4286 | Kerry Kisslinger d/b/a Benefit Options | 1/2009 to current | 862 Oak Shore Drive Emmons, MN 56029 | Insurance commissions |
| 8207 | Ashley Kisslinger | 8/1/2006 to Current | 2828 Red Oak Drive Grand Prairie, TX | Home rental |



## 18B NATURE LOCATION AND NAME OF BUSINESS

Identify any business listed in response to subdivision a. ,above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.

## 19A BOOKS RECORDS AND FINANCIAL STATEMENTS

List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATE SERVICES RENDERED |
| --- | --- |
| Ashley Kisslinger 862 Oak Shore Dr. Emmons, MN  56029 | 12/22/2010 to current |
| Hammer, Dieser & Mangskau 135 S. Broadway Albert Lea, MN  56007 | 11/1/2013 to current |
| Bookkeeping Sense 415 E. Williams St Albert Lea, MN  56007 | 11/1/2013 to current |
| The Ellem Group 7425 Lawrence Drive Beaumont, TX  77708 | 9/1/2013 to 10/15/2013 |
| Tax Savers 26013 TX #321 Cleveland TX  77327 | 10/1/2012 to 8/30/2013 |

 19B BOOKS RECORDS AND FINANCIAL STATEMENTS

b.List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

## 19C BOOKS RECORDS AND FINANCIAL STATEMENTS

c.List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

Debtors

## 19D BOOKS RECORDS AND FINANCIAL STATEMENTS

List all financial institutions creditors and other parties including mercantile and trade agencies to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20A INVENTORIES

List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

## 20B INVENTORIES

List the name and address of the person having possession of the records of each of the inventories reported in a., above.

NONE
|X|   21A CURRENT PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS

If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.


NONE
| |   21B CURRENT PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS

If the debtor is a corporation, list all officers and directors of the corporation and, each stockholder, who directly or indirectly owns controls or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Missouri Public Entity Benefits, Inc.<br>Ashley Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | President | 50%, Admin. |
| Missouri Public Entity Benefits, Inc.<br>Kerry Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | Secretary | 50%, Sales/Marketing |
| Benefit Options, Inc.<br>Ashley Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | President | 50%, Admin. |
| Benefit Options, Inc.<br>Kerry Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | Secretary | 50%, Sales/Marketing |
| Lizzie Kay Parketplace<br>Ashley Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | President | 100%, Admin. |
| ES Group, Inc.<br>Ashley Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | President | 50%, Admin. |

| | | |
|---|---|---|
| ES Group, Inc.<br>Kerry Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | Secretary | 50%,<br>Sales/Marketing |
| ES Group of Texas, Inc.<br>Ashley Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | President | 50%, Admin. |
| ES Group of Texas, Inc.<br>Kerry Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | Secretary | 50%,<br>Sales/Marketing |
| ES Group Holding Co., Inc.<br>Ashley Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | President | 50%, Admin. |
| ES Group Holding Co., Inc.<br>Kerry Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | Secretary | 50%,<br>Sales/Marketing |
| ES Windpower, Inc.<br>Kerry Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | President | 50%,<br>Sales/Marketing |
| ES Windpower, Inc.<br>Ashley Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | Secretary | 50%, Admin. |
| Viking Energy, LLC<br>Kerry Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | President | 50%,<br>Sales/Marketing |
| Viking Energy, LLC<br>Ashley Kisslinger<br>862 Oak Shore Dr.<br>Emmons, MN  55029 | Secretary | 50%, Admin. |

 NONE
X

22A FORMER PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS

If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case..

 NONE
X

22B FORMER PARTNERS OFFICERS DIRECTORS AND SHAREHOLDERS

If the debtor is a corporation list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NONE

23 WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Kerry and Ashey Kisslinger | Distributions | $152,795.95 |

 NONE
X

24 TAX CONSOLIDATION GROUP

If the debtor is a corporation list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

NONE
X

25 PENSION FUNDS

If the debtor is not an individual list the name and federal taxpayer identification number of any pension fund to which the debtor as an employer has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

**Unsworn Declaration SFA**    **(04/13)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: Kisslinger, Kerry Dale
Kisslinger, Ashley Eliz

Debtor(s) Case No.          (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 5/14/15          Signature /s/Kerry Dale Kisslinger
                                      Kisslinger, Kerry Dale

Date 5/14/15          Signature /s/Ashley Elizabeth Sasz Kisslinger
                                      Kisslinger, Ashley Elizabeth Sasz
                         (if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number
                                                               (Required by U.S.C.§110(c)).

Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Continuation sheets attached

Date 05/14/2015          Signature_____

                         (Print or type name of individual signing on behalf of debtor.)
(An individual signing on behalf of a partnership or corporatoin must indicate position or relationship to debtor.)

### PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY
Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §152 and 3571.



B8 (Official Form 8) (12/08)     **Blumberg** Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

In re    Kisslinger, Kerry Dale               Case No.
         Kisslinger, Ashley Elizabeth Sasz      Chapter   7

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Wells Fargo Home Mortgage | See attached legal |

Property will be (check one):

☐ Surrendered          ☒ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☐ Reaffirm the debt

☒ Other, Explain

Debtors will continue to make payments without signing formal written reaffirmation agreement

Property is (check one):

☒ Claimed as exempt          ☐ Not claimed as exempt

---

Property No. 2    *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| HSBC Mortgage Services, Inc. | See attached legal |

Property will be (check one):

☐ Surrendered          ☒ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☐ Reaffirm the debt

☒ Other, Explain

Debtors will continue to make payments without signing formal written reaffirmation agreement

Property is (check one):

☒ Claimed as exempt          ☐ Not claimed as exempt

---

Property No. 3    *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Nissan Motor Acceptance Corp. | 2015 Nissan Altima |

Property will be (check one):

☐ Surrendered          ☒ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property

☐ Reaffirm the debt

☒ Other, Explain

Debtors will continue to make payments without signing formal written reaffirmation agreement

Property is (check one):

☒ Exempt          ☐ Not claimed as exempt


B8 (Official Form 8) (12/08)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

In re    Kisslinger, Kerry Dale                    Case No.
         Kisslinger, Ashley Elizabeth Sasz        Chapter    7

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 4

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Chase Auto Finance | 2013 Ford Expedition |

Property will be (check one):
[x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):
[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other, Explain

Property is (check one):
[ ] Claimed as exempt          [x] Not claimed as exempt

---

Property No. 5    *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Ford Motor Credit | 2011 Ford F-350 |

Property will be (check one):
[x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):
[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other, Explain

Property is (check one):
[ ] Claimed as exempt          [X] Not claimed as exempt

---

Property No. 6    *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Ford Motor Credit | 2012 Ford F-350, VIN XXXXX1108 |

Property will be (check one):
[x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):
[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other, Explain

Property is (check one):
[ ]          [x] Not claimed as exempt



B8 (Official Form 8) (12/08)    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

In re  Kisslinger, Kerry Dale                                    Case No.
      Kisslinger, Ashley Elizabeth Sasz                    Chapter   7

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 7

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Ford Motor Credit | 2012 Ford F-350, VIN XXXX9214 |

Property will be (check one):

[x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):

[ ] Redeem the property

[ ] Reaffirm the debt

[ ] Other, Explain

Property is (check one):

[ ] Claimed as exempt          [x] Not claimed as exempt

---

Property No. 8   *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Ford Motor Credit | 2013 Ford F-150 |

Property will be (check one):

[x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):

[ ] Redeem the property

[ ] Reaffirm the debt

[ ] Other, Explain

Property is (check one):

[ ] Claimed as exempt          [X] Not claimed as exempt

---

Property No. 9   *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Sheffield Financial | 2011 Big Tex 30 ft. trailer |

Property will be (check one):

[x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):

[ ] Redeem the property

[ ] Reaffirm the debt

[ ] Other, Explain

Property is (check one):

[ ]          [x] Not claimed as exempt



B8 (Official Form 8) (12/08)          **Blumberg**Excelsior, Inc., Publisher, NYC 10013

# UNITED STATES BANKRUPTCY COURT

In re   Kisslinger, Kerry Dale                              Case No.
        Kisslinger, Ashley Elizabeth Sasz                  Chapter   7

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>Stearns Lending | **Describe Property Securing Debt:**<br>Homestead - See attached legal |

Property will be (check one):

[x] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):

[ ] Redeem the property

[ ] Reaffirm the debt

[ ] Other, Explain

Property is (check one):

[ ] Claimed as exempt          [x] Not claimed as exempt

| Property No. 11   *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (check one):

[ ] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):

[ ] Redeem the property

[ ] Reaffirm the debt

[ ] Other, Explain

Property is (check one):

[ ] Claimed as exempt          [ ] Not claimed as exempt

| Property No. 12 *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be (check one):

[ ] Surrendered          [ ] Retained

If retaining the property, I intend to (check at least one):

[ ] Redeem the property

[ ] Reaffirm the debt

[ ] Other, Explain

Property is (check one):

[ ]          [ ] Not claimed as exempt



B8 (Official Form 8) (12/08)       **Blumberg**Excelsior, Inc., Publisher, NYC 10013

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> Frohberg Electric | **Describe Leased Property:** <br> Office, storage building | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):** <br> ☐ YES  ☒ NO |

| Property No. 2   *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** <br> Ashley Kisslinger | **Describe Leased Property:** <br> Oil and gas lease | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):** <br> ☒ YES  ☐ NO |

| Property No. 3   *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** <br> Ashley Kisslinger | **Describe Leased Property:** <br> 2828 Red Oak Dr, Grand Pr, TX | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):** <br> ☒ YES  ☐ NO |

| Property No. 4   *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):** <br> ☐ YES  ☒ NO |

| Property No. 5   *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):** <br> ☐ YES  ☐ NO |

| Property No. 6   *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):** <br> ☐ YES  ☐ NO |

| Property No. 7   *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):** <br> ☐ YES  ☐ NO |

**I declare under penalty of perjury that the above indicated my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 05/14/2015

/s/Kerry Dale Kisslinger
**Signature of Debtor**

/s/Ashley Elizabeth Sasz Kisslinger
**Signature of Joint Debtor**

CONTINUATION OF
CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
LEGAL DESCRIPTIONS

In Re:  Kerry Dale Kisslinger

    Ashley Elizabeth Sasz Kisslinger       Debtors.

**Homestead:**

All that part of Government Lot 2 in Section 33 - T101N - R22W, Freeborn County, Minnesota; described as follows:

Commencing at the southwest corner of Government Lot 2 in said Section 33; thence North 89 degrees 44 minutes 05 seconds East a distance of 1018.80 feet, on an assumed bearing on the south line of said Government Lot 2, to a point which is 75.00 feet east, measured at a right angle, from the centerline of U.S. Highway No. 69; thence North 08 degrees 42 minutes 28 seconds East a distance of 227.76 feet, on a line drawn parallel with and 75.00 feet east, measured at a right angle, from the centerline of said U.S. Highway No. 69; thence Northeasterly a distance of 63.96 feet, on a tangential curve concave to the southeast with a radius of 3744.95 feet and a central angle of 00 degrees 58 minutes 43 seconds, said curve being parallel with and 75.00 feet southeasterly (measured on a radial line) from the centerline of said U.S. Highway No. 69; thence North 89 degrees 44 minutes 05 seconds East a distance of 338.98 feet, on a nontangential line parallel with the south line of said Government Lot 2, to a point on the former southeasterly right-of-way line of the Chicago & Northwestern Transportation Company (now abandoned); thence Northeasterly a *distance* of 504.71 feet, on a nontangential curve on said former southeasterly right-of-way line of the Chicago & Northwestern Transportation Company (now abandoned), concave to the northwest with a central angle of 24 degrees 10 minutes 24 seconds and radius of 1196.27 feet and a chord bearing of North 30 degrees 20 minutes 38 seconds East, to a point of beginning;

thence North 75 degrees 23 minutes 16 seconds West a distance of 544.24 feet to a point on the centerline of said U.S. Highway No. 69;

thence Northerly a distance of 500.86 feet, on the centerline of said U.S. Highway No. 69 on a nontangential curve concave to the east with a central angle of 07 degrees 30 minutes 45 seconds a radius of 3819.95 feet and a chord bearing of North 22 degrees 05 minutes 09 seconds East, to a point on the north line of said Government Lot 2;

thence North 89 degrees 44 minutes 05 seconds East a distance of 403.35 feet, on the north line of said Government Lot 2, to a point on said former southeasterly right-of-way line of the Chicago & Northwestern Transportation Company (now abandoned);

thence Southerly along said southeasterly right-of-way line of the Chicago & Northwestern Transportation Company (now abandoned), as follows:

Southerly a distance of 148.42 feet, on a nontangential curve concave to the east with a central angle of 06 degrees 09 minutes 11 seconds, a radius of 1382.08 feet and a chord bearing of South 02 degrees 13 minutes 03 seconds West;

South 00 degrees 51 minutes 33 seconds East a distance of 62.00 feet;

Southerly a distance of 399.13 feet, on a tangential curve concave to the west with a radius of 1196.27 feet, a central angle of 19 degrees 06 minutes 59 seconds and a chord bearing South 08 degrees 41 minutes 57 seconds West, to the point of beginning;

subject to highway easement on the west side thereof.

AND

All that part of Government Lots 2 & 3 in Section 33 - T101N - R22W, Freeborn County, Minnesota; described as follows:

Commencing at the northwest corner of Government Lot 2 in said Section 33; thence North 89 degrees 44, minutes 05 seconds East a distance of 1056.71 feet, on an assumed bearing on the north line of said Government Lot 2, to a point on the former west right-of-way line of U.S. Highway No. 69, as described in Book 231 Deeds at page 930, which point is the point of beginning;

thence southwesterly along the former West right-of-way line of said U.S. Highway No. 69, as follows:

South 08 degrees 42 minutes 28 seconds West a distance of 883.16 feet;

North 81 degrees 17 minutes 32 seconds West a distance of 10.00 feet;

South 08 degrees 42 minutes 28 seconds West a distance of 100.00 feet;

South 81 degrees 17 minutes 32 seconds East a distance of 10.00 feet;

South 08 degrees 42 minutes 28 seconds West a distance of 103.65 feet, to a point on the west right-of-way line of said U.S. Highway No. 69;

thence South 08 degrees 42 minutes 28 seconds West a distance of 661.01 feet, on the west right-of-way line of said U.S. Highway No. 69 on a tangential line parallel with and 75.00 feet northwesterly (measured at a right angle) from the centerline of said U.S. Highway No. 69, to a point 404.60 feet south of the south line of said Government Lot 2, which point is on the south line of Outlot 1 as shown on the plat of the Village of Emmons, as the same is platted and recorded in the Office of the County Recorder of Freeborn County, Minnesota;

thence North 89 degrees 44 minutes 05 seconds East a distance of 151.86 feet, on the south line of said Outlot 1, to a point on the westerly right-of way line of the Chicago & Northwestern Transportation Company (now abandoned), which point is 75.00 feet southeasterly (measured at a right angle) from the centerline of said U.S. Highway No. 69;

thence North 08 degrees 42 minutes 27 seconds East a distance of 134.29 feet, on the westerly right-of-way line of said abandoned Chicago & Northwestern Transportation Company;

thence Northerly a distance of 285.46 feet, on the westerly right-of-way line of said abandoned Chicago & Northwestern Transportation Company (formerly Minneapolis & St. Louis Railroad, now abandoned), on a tangential curve concave to the east with a radius of 1005.36 feet and a central angle of 16 degrees 16 minutes 06 seconds, to a point on the south line of said Government Lot 2;

thence South 89 degrees 44 minutes 05 seconds West a distance of 40.75 feet, on a nontangential line on the south line of said Government Lot 2, to a point 75.00 feet southeasterly (measured at a right angle), from the centerline of said U.S. Highway No 69, which point is 1018.80 feet east of the southwest corner of said Government lot 2;

thence North 08 degrees 42 minutes 28 seconds East a distance of 227.76 feet, on a line drawn parallel with and 75.00 feet southeasterly (measured at a right angle) from the centerline of said U.S. Highway No. 69;

thence Northerly a distance of 63.96 feet, on a tangential curve concave to the east with a radius of 3744.95 feet, a central angle of 00 degrees 58 minutes 43 seconds and a chord bearing North 09 degrees 11 minutes 49 seconds East, said curve being parallel with and 75.00 feet southeasterly (measured on a radial line), from the centerline of said U.S. Highway No. 69; .

thence South 89 degrees 44 minutes 05 seconds West a distance of 76.12 feet, on a nontangential line parallel with the south line of said Government Lot 2, to a point on the centerline of said U.S. Highway No. 69;

thence Northerly a distance of 1090.28 feet, on the centerline of said U.S. Highway No. 69 on a nontangential curve concave to the east with a central angle of 16 degrees 21 minutes 12 seconds a radius of 3819.95 feet and a chord bearing of North 17 degrees 39 minutes 56 seconds East to a point on the north line of said Government Lot 2;

thence South 89 degrees 44 minutes 05 seconds West a distance of 247.58 feet, on the north line of said Government Lot 2, to the point of beginning; .

subject to highway easement on the south and west sides thereof.

AND

**Texas Real Estate:**

Lot 44, Block 1, Garden Oaks Addition, Phase I, an addition to City of Grand Prairie, Terrant County, State of Texas, according to revised plat recorded in Volume 388-191, Page 84, Plat Records, Terrant County, Texas.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

_____          Case No. _____

Ashley Elizabeth Sasz Kisslinger
        Debtor(s).                 Chapter _____

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received . . . . . . . . . . $_____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$_____

2.      The source of the compensation paid to me was:

        ☐ Debtor      ☐ Other (specify)

3.      The source of compensation to be paid to me is:

        ☐ Debtor      ☐ Other (specify)

4.      ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:   * See below

        (a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

        (b) Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

        (c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

        (d) Representation of the debtor in contested bankruptcy matters; and

        (e) Other services reasonably necessary to represent the debtor(s).   *

6.      Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements of paragraph 9 of the Statement of Financial Affairs of the duty to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy.  I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Date: _____          Signature of Attorney


_____


*I have received a flat fee of $7,000 plus the filing fee of $335.00 to represent the debtors concerning those matters stated in 5(a) through 5(e), and I received another $3,000 as an additional retainer which is held in my trust account which covers additional services stated as follows:

(a)   Representation of the debtors in any adversary proceeding arising under Bankruptcy Code §523 for fraud, credit card abuse, falsifying financial statements and any and all exceptions to discharge under §523;

(b)   Representation of the debtors in any adversary proceeding arising under Bankruptcy Code §727 for false oath, concealment of assets, revocation of discharge and any other and all objections to discharge under §727;

(c)   Representation of debtors in any objection to claim of exemptions by trustees or creditor;

(d)   Attendance at any deposition or Rule 2004 examination.

Said additional retainer of $3,000 will be drawn upon at the hourly rate of $225.00.   See signed Retainer Agreement for additional details.

**Fill in this information to identify your case:**

Debtor 1    Kisslinger, Kerry Dale
           First Name          Middle Name          Last Name

Debtor 2    Kisslinger, Ashley Elizabeth Sasz
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _____    District of _____
                                                                        (State)

Case number _____
(If known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 22A—1

# Chapter 7 Statement of Your Current Monthly Income                                    12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☒ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

   Gross receipts (before all deductions)          $_____

   Ordinary and necessary operating expenses    − $_____

   Net monthly income from a business, profession, or farm   $_____   Copy here➜   $_____   $_____

6. **Net income from rental and other real property**

   Gross receipts (before all deductions)          $_____

   Ordinary and necessary operating expenses    − $_____

   Net monthly income from rental or other real property   $_____   Copy here➜   $_____   $_____

7. **Interest, dividends, and royalties**          $_____   $_____

Debtor 1    __Kisslinger, Kerry Dale__    Case number *(if known)*_____
    First Name      Middle Name      Last Name

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| **8. Unemployment compensation** | $_____ | $_____ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ........................↓ | | |
| For you .........................................................  $_____ | | |
| For your spouse................................................  $_____ | | |
| **9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $_____ | $_____ |
| **10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c. | | |
| 10a. _____ | $_____ | $_____ |
| 10b. _____ | $_____ | $_____ |
| 10c. Total amounts from separate pages, if any. | +$_____ | +$_____ |
| **11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $_____ + $_____ = $_____ <br> Total current monthly income |

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11..................................**Copy line 11 here→** 12a.  $_____

Multiply by 12 (the number of months in a year).  **x 12**

12b.  The result is your annual income for this part of the form.  12b.  $_____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.  [_____]

Fill in the number of people in your household.  [_____]

Fill in the median family income for your state and size of household. ........................................................13.  $_____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☒  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A–2.* Go to Part 3 and fill out Form 22A–2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✘ /s/Kerry Dale Kisslinger      ✘ /s/Ashley Elizabeth Sasz Kisslinger
Signature of Debtor 1      Signature of Debtor 2

Date __5/14/15__      Date __5/14/15__
   MM / DD   / YYYY         MM / DD   / YYYY

If you checked line 14a, do NOT fill out or file Form 22A–2.

If you checked line 14b, fill out Form 22A–2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1    Kisslinger, Kerry Dale
        First Name       Middle Name       Last Name

Debtor 2    Kisslinger, Ashley Elizabeth Sasz
(Spouse, if filing)  First Name       Middle Name       Last Name

United States Bankruptcy Court for the: _____    District of _____
                                                    (State)

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 22A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)  12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ☒ No.  Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes. Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☑ No.  Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

       ☑ No. Go to line 3.

       ☐ Yes. Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☒ No.  Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

       ☐ No. Complete Form 22A-1. Do not submit this supplement.

       ☐ Yes. Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 22A-1.  On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.